UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 00-203ML** **DATE: June 28, 2005**

**TITLE: Thomas Ratcliffe, et al. v. A.T. Cross Corp., et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: for pltfs: Lawrence Deutsch; Matthew Medeiros**
**for defts: John F. Sylvia; Adam L. Sisitsky; Robin-Lee Main**

**Proceedings: Preliminary Hearing on Proposed Settlement**

**Court has reviewed the settlement proposal and notice prepared by the parties. Mr. Deutsch addresses the Court. Court advises that Mr. Deutsch negotiate for lower costs and fees. Mr. Deutsch to file an amended proposed notice as to fees/costs by COB Tue., 7/12/05.**

**A hearing as to the amended notice is scheduled for Mon., 7/18/05, at 2:00 p.m. (Messrs. Sylvia & Sisitsky need not be present for the hearing.)**

**A hearing on final approval of the settlement is set for Fri., 9/9/05 at 2:00 p.m.**