UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 00-203ML** **DATE: July 18, 2005**

**TITLE: Thomas Ratcliffe, et al. v. A.T. Cross Corp., et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:** **for pltfs: Lawrence Deutsch; Matthew Medeiros**
**for defts: Robin-Lee Main**

**Proceedings: Preliminary Hearing re: Amended Settlement Proposal Notice**

**Court has reviewed the amended settlement proposal and notice prepared by counsel for pltfs. Mr. Deutsch addresses the Court. Court approves the maximum of $550K in costs, but with counsel fee to remain at 10%. The Court directs Mr. Deutsch to make that adjustment on page 2 of the summary notice and reset the counsel fee maximum at 10% and make the same adjustment at page 12, to be consistent with the Court's ruling today. Mr. Deutsch to submit same to the Court in writing for the Court's signature.**