UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 00-203ML** **DATE: September 9, 2005**

**TITLE: Thomas Ratcliffe, et al. v. A.T. Cross Corp., et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

COUNSEL PRESENT: **for pltfs: Lawrence Deutsch; Matthew Medeiros**
**for defts: Robin-Lee Main; John Sylvia**

**Proceedings: Hearing re: Final Approval of Settlement**

**Court notes that the Notice of Settlement has been sent to all class participants, and that no objections to same have been received. Court approves final settlement. Court denies class representative Mark Giloni's request for a $3,840.00 reimbursement. Mr. Deutsch presents the Court with an "Order and Final Judgment" for signature. Pltfs' counsel are awarded $150,000 as fees, and $545,533.10 as reimbursement for expenses.**