Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Lawrence Deutsch

RE: CA 00-203ML

Ratcliffe v. A.T. Cross

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 7 / 31 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

x 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER:

David L. Martin

United States Magistrate Judge

Date: 8-1-06

cc: Counsel of Record

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THOMAS RATCLIFFE, MARK GILONI, JOHN HALEBIAN AND DAVID FIX, Individually an on Behalf of All Others Similarly Situated,** <br> **Plaintiffs,** <br> **v.** <br> **A.T. CROSS CO., et al.,** <br> **Defendants.** | **CIVIL ACTION NO. 00 203 ML** |

**MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO VALID CLAIMANTS, ALLOWING LATE-FILED CLAIMS, DISALLOWING REJECTED CLAIMS, AND ALLOWING PAYMENT OF SETTLEMENT ADMINISTRATION COSTS**

Plaintiffs, by their Counsel, hereby move this Court for the entry of the accompanying Order (the "Distribution Order"). Entry of the proposed Distribution Order will:

(1) approve the procedures used and actions taken by Heffler, Radetich & Saitta L.L.P. (the "Heffler firm" or the "Claims Administrator"), and Plaintiffs' Counsel for the administration of the Settlement as described herein and in the Final Report of Heffler, Radetich & Saitta L.L.P. (the "Heffler Report"), attached as Exhibit A;

(2) approve the totally or partially payable claims listed in the Claimants Listing attached as Exhibit B to this Motion;

(3) approve the totally or partially payable, but late-filed claims, set forth in Exhibit B, as if they had been filed on or before the original deadline of December 1, 2005;