**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS RATCLIFFE, MARK GILONI, JOHN HALEBIAN AND DAVID FIX, Individually an on Behalf of All Others Similarly Situated,** | : | **CIVIL ACTION NO. 00 203 ML** |
| **Plaintiffs,** | : | |
| **v.** | : | |
| **A.T. CROSS CO., et al.,** | : | |
| **Defendants.** | : | |

**MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO VALID CLAIMANTS, ALLOWING LATE-FILED CLAIMS, DISALLOWING REJECTED CLAIMS, AND ALLOWING PAYMENT OF SETTLEMENT ADMINISTRATION COSTS**

Plaintiffs, by their Counsel, hereby move this Court for the entry of the accompanying Order (the "Distribution Order"). Entry of the proposed Distribution Order will:

(1) approve the procedures used and actions taken by Heffler, Radetich & Saitta L.L.P. (the "Heffler firm" or the "Claims Administrator"), and Plaintiffs' Counsel for the administration of the Settlement as described herein and in the Final Report of Heffler, Radetich & Saitta L.L.P. (the "Heffler Report"), attached as Exhibit A;

(2) approve the totally or partially payable claims listed in the Claimants Listing attached as Exhibit B to this Motion;

(3) approve the totally or partially payable, but late-filed claims, set forth in Exhibit B, as if they had been filed on or before the original deadline of December 1, 2005;

(4) approve the rejection of claims identified in Exhibit B as entirely rejected and approve the payable portions of the partially rejected claims;

(5) approve payment of incurred and anticipated future fees and costs for administration of the Settlement of $22,369.61 set forth in Exhibit C to this Motion;

(6) approve payment for attorneys' fees in the amount of $11,399.00 and for expenses in the amount of $152.97 incurred during the settlement administration process by Berger & Montague, P.C., which served as Plaintiffs' Lead Counsel. *See* Exhibit D to this Motion;

(6) direct distribution of the balance of the Net Settlement Fund to the Authorized Claimants identified in Exhibit B;

(7) direct that the checks for distribution to the Authorized Claimants shall bear the notation "Non-Negotiable After 180 Days," and no check shall be negotiated in the Net Settlement Fund more than 200 days after the date of the check;

(8) allow destruction of claim forms filed along with all related correspondence one (1) year after the initial distribution of the Net Settlement Fund to the Authorized Claimants while retaining the Claimants Listing and the computer database (compiled from the claim forms and related correspondence) and programs for three (3) years after the initial distribution to the Authorized Claimants.

In support of this Motion, Plaintiffs' Counsel state as follows:

## A. INTRODUCTION

1. On September 9, 2005, a hearing was held before this Court on Plaintiffs' Motion for Approval of Settlement of Class Action Litigation (the "Settlement") in this case and for approval of the Joint Petition of Plaintiffs' Counsel for an Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses (the "Fee Petition") and approval of the Plan of Allocation for the Settlement proceeds. Notice of the Settlement and the hearing thereon had been sent previously to the members of the Class, along with a Proof of Claim form to be completed by members of the Class seeking to share in the Net Settlement Fund.

2. On September 9, 2005, this Court issued an Order and Final Judgment, approving the Settlement as fair and reasonable and dismissing the action with prejudice. Additionally, on September 9, 2005, the Court authorized implementation of the Settlement terms which included that a claims administrator would be retained to disseminate and process the claims and be reimbursed for such administrative costs from the Settlement Fund.

3. The Court's Order also retained jurisdiction for purposes of determining any matters relating to the administration of this Settlement.

4. Plaintiffs' Counsel hired the Heffler firm to complete notification to the Class and to process the Proof of Claim forms submitted by the Class members. The Heffler firm has more than 30 years of experience in administering class action settlements, including securities cases.

5. The Stipulation and Agreement of Settlement approved by the Court on July 19, 2005 contains a Plan of Allocation. The amount of cash available for distribution as of June 30, 2006 was approximately $803,294.83. Should the Court approve payment of settlement

administration fees and expenses for which reimbursement is sought by the present Motion, the amount of cash available for distribution would be approximately $769,373.25. *See* Exhibit E, which is the Settlement Fund Analysis prepared by the Heffler firm, for a full accounting of the Settlement Fund. As indicated in this analysis, the Settlement Fund has earned $33,924.60 in interest through June 30, 2006 and will continue to earn interest until the date of distribution.

6. Plaintiffs' Counsel now seek Court approval of the distribution of the Net Settlement Fund.

**B. SUMMARY OF THE CLAIMANTS LISTING**

1. As of July 12, 2006, 594 Proof of Claim forms have been received and processed in accordance with the terms of the Stipulation and Agreement of Settlement. A report prepared by the Heffler firm dated July 12, 2006 summarizing the disposition of all claims is attached as Exhibit A (the "Heffler Report").

2. Exhibit B is the detailed Claimants Listing identifying each payable claim received to date, including the claim number, name of each claimant in alphabetical order, whether each claim was approved in whole or in part, along with any applicable rejection code(s).

3. Of the 594 claims received to date, 393 claims have been adjudged as payable in whole or in part. As indicated in Exhibits A and B, the Total Recognized Loss Amount of these

payable claims is $2,118,861.27. This means that claimants will receive approximately 30% of their losses even after fees and expenses. [1]

4. The Heffler Report (Exhibit A) also references 201 non-payable claims. The identity of these claimants and the reason(s) the Heffler firm determined their claims to be non-payable are set forth in the Claimant Listing, attached hereto as Exhibit B. As indicated in Exhibits A and B, of the 201 non-payable claims, four (4) claims were disallowed because claimants failed to provide transactional information and/or documentation for one or more claimed transactions. The 197 remaining non-payable claims were entirely rejected for one or more of the following reasons: (a) not purchasing A. T. Cross common stock during the Class Period of July 16,1998 through April 22, 1999; (b) filing a duplicate claim; (c) not sustaining a Recognized Loss as a result of netting all gains against all losses; (d) not sustaining a Recognized Loss as a result of the purchase and subsequent sale of A.T. Cross common stock during the Class Period; (e) buying shares of A. T. Cross common stock below the retention value of $6.02; (f) claiming shares of A.T. Cross common stock received into an account but not purchased during the Class Period; and (g) claiming shares of A.T. Cross common stock transferred out of an account and are no longer eligible to be claimed by this claimant.

5. Each claimant who filed a deficient claim was sent a deficiency letter allowing 20 days to cure each deficiency. Subsequent to the expiration of that 20-day period, each claimant

---

[1] A rough comparison shows that securities fraud settlements normally recover approximately 6% of the maximum dollar losses for cases settling below $50 million. *Cornerstone Research*, Simmons and Ryan, "Post-Reform Act Securities Settlements, 2005 Review and Analysis" at pg. 6, Figure 6.

that did not respond to the first deficiency letter was sent a final letter allowing an additional 20 days to cure the deficiency or to contest the pending recommendation of the entire rejection of the claim.

6. Each claimant whose claim was recommended for rejection, either in whole or in part, was sent a letter advising the claimant of the reason(s) for the partial or entire rejection of the claim and allowing a 20-day period to respond if the claimant believed the rejection was incorrect and wished to contest the pending rejection or, in the alternative, if the claimant wished to correct the disallowed claim.

7. As a result of these procedures to allow claimants to "cure" any defective claim submissions, there remain no claimants who presently contest the pending rejection, either in whole or in part, of any claim.

**C. REQUEST FOR APPROVAL OF PAYMENT OF CLAIMS, INCLUDING LATE CLAIMS**

1. Of the Proof of Claim forms received, 584 claims were postmarked on or before December 1, 2005, the original deadline for filing claims. An additional ten (10) claims were postmarked after December 1, 2005. These late claims were assigned claim numbers 10,001-10,010. As indicated in Exhibit A, the Total Recognized Claim Amount submitted by valid, but late-filed claims is $24,226.88.

2. It would be fair, reasonable and in the interest of justice to allow the valid, but late-filed claims to share in the Net Settlement Fund. These claimants may have received their claim forms later than the filing deadline since the brokerage houses holding the names were, at

times, not prompt in mailing the claim forms to their clients or were untimely in providing their names to the Heffler firm. Plaintiffs' Lead Counsel request that seven (7) of the ten (10) late claimants, who filed payable claims, either in whole or in part, be included in the distribution of the Net Settlement Fund.

3. Therefore, Plaintiffs' Counsel request that each payable claim listed in Exhibit B, including the seven (7) late claims, be approved for payment by the Court, while each claim which has been rejected, in whole or in part, should not be approved for payment.

**D. REQUEST FOR APPROVAL OF ADMINISTRATION PAYMENT TO THE HEFFLER FIRM**

1. The remaining fees and costs of the Heffler firm for the administration of this Settlement total $22,369.61. This amount includes anticipated future fees and costs in connection with distribution of the Net Settlement Fund and post-distribution activities, including calculating each claimant's *pro rata* share of the Net Settlement Fund, handling correspondence and telephone calls, P.O. Box rental for 12 months, printing and mailing checks, follow-up procedures including locating the current addresses of the Authorized Claimants whose checks are returned undeliverable and preparing the required tax returns. *See* the Heffler firm invoice dated July 12, 2006 attached as Exhibit C.

**E. REQUEST FOR PAYMENT OF SETTLEMENT ADMINISTRATION FEES AND EXPENSES TO PLAINTIFFS' LEAD COUNSEL**

1. Berger & Montague, P.C., Plaintiffs' Lead Counsel, has expended a total of $11,399.00 in attorneys' fees and $152.97 in unreimbursed expenses in connection with settlement administration. *See* Affidavit of Lawrence Deutsch attached as Exhibit D. Pursuant

to ¶10 of the Order and Final Judgment entered September 9, 2005, the Court retained jurisdiction for all matters relating to this litigation, including the Fee Petition and any other application for attorneys' fees and expenses incurred in connection with administering and distributing the settlement proceeds to Class Members.

## F. REQUEST FOR DISPOSITION OF CLAIMS ADMINISTRATOR'S RECORDS

1. Plaintiffs' Counsel also request that the Distribution Order provide that one (1) year after the initial distribution of the Net Settlement Fund to the Authorized Claimants, the Claims Administrator may destroy all claim forms and related correspondence. The Claims Administrator would, however, retain all other administrative records, including its copy of the Claimants Listing and its computer database used to create the Claimants Listing, for a period of three (3) years after the initial distribution of the Net Settlement Fund to the Authorized Claimants.

**WHEREFORE**, Plaintiffs' Counsel respectfully request that the Court enter the proposed Distribution Order.

DATED: July 31, 2006

Respectfully submitted,

M. Medeiros /LD/

Matthew F. Medeiros, Esquire (#1856)
**LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, P.C.**
72 Pine Street
Providence, RI 02903
Tel.: (401) 272-8080
Fax: (401) 272-8195

**Liaison Counsel for The Class**

**LEAD COUNSEL:**

**BERGER & MONTAGUE, P.C.**
Lawrence Deutsch, Esquire
Elizabeth W. Fox, Esquire
Shanon J. Carson, Esquire
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3062
Fax: (215) 875-4604

407084_05.wpd--July 31, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS RATCLIFFE, MARK GILONI, JOHN HALEBIAN AND DAVID FIX, Individually an on Behalf of All Others Similarly Situated,** **Plaintiffs,** | : | **CIVIL ACTION NO. 00 203 ML** |
| **v.** | : | |
| **A.T. CROSS CO., et al.,** **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2006, I caused a copy of Plaintiffs' Motion For An Order Approving Distribution Of Settlement Fund To Valid Claimants, Allowing Late-Filed Claims, Disallowing Rejected Claims And Allowing Payment of Final Settlement Administration Costs, to be served via first-class mail, postage prepaid, upon the following defense counsel:

John Sylvia, Esquire
Adam Sisitsky, Esquire
MINTZ, LEVIN, COHN, FERRIS
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111

Gregory L. Benik, Esquire
Robin L. Main, Esquire
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Nina L. Fischer
NINA L. FISCHER

**HEFFLER, RADETICH & SAITTA L.L.P.**
CERTIFIED PUBLIC ACCOUNTANTS

303 BIRCHFIELD DRIVE
MOUNT LAUREL, NJ 08054-4005
856-727-3322
856-273-3738 - FAX

1515 MARKET STREET
SUITE 1700
PHILADELPHIA, PA 19102-1964
215-665-8870
215-665-0613 - FAX
www.heffler.com

920 GERMANTOWN PIKE
SUITE 102
PLYMOUTH MEETING, PA 19462
484-322-0981
484-322-0934 - FAX

July 12, 2006

Lawrence Deutsch, Esquire
**Berger & Montague,**
1622 Locust Street
Philadelphia, PA 19103

Re: In Re A. T. Cross Securities Litigation

Dear Larry:

This letter, with the enclosed "Claimants Listing as of June 30, 2006" represents our updated final report on the 594 Proof of Claim forms received in the above referenced litigation. The Claimants Listing separates the claims into two sections, Payable and Non-Payable Claims. Each section lists the applicable claimants in alphabetical order. The Recognized Claims referenced herein and in the Claimants Listing are calculated according to the Plan of Allocation as approved by the Court.

A recapitulation of our determinations and calculations of all claims received is summarized as follows:

I. PAYABLE CLAIMS

This section of the Claimants Listing lists the Claim Numbers, Names, Claimed, Disallowed and Allowed Recognized Claims, along with any applicable partial deficiency or partial rejection code(s) for the 393 claimants who filed claims that we recommend be approved as valid claims, in whole or in part. A key to the codes is included in the Claimants Listing. The Total Recognized Claims for these Payable Claims are:

| | |
|---|---|
| Claimed Recognized Claim: | $2,118,861.27 |
| Disallowed Recognized Claim: | (0.00) |
| Allowed Recognized Claim: | $2,118,861.27 |

II. NON-PAYABLE CLAIMS

This section of the Claimants Listing lists the Claim Numbers, Names, Claimed, Disallowed and Allowed Recognized Claims, along with the applicable total deficiency or entire rejection code(s) for the 201 claimants who filed claims that are totally deficient or are recommended to be rejected in their entirety. A key to the codes is included in the Claimants Listing. The Total Recognized Claims for all calculable Non-Payable Claims are:

| | |
|---|---|
| Claimed Recognized Claim: | $201,192.55 |
| Disallowed Recognized Claim: | (201,192.55) |
| Allowed Recognized Claim: | $ 0.00 |

Of these 201 Non-Payable claims, 4 are disallowed because they failed to provide transactional information and/or documentation of their class transactions. The balance of 197 Non-Payable claims were entirely rejected for one or more of the following reasons: not purchasing class securities during the Class Period; filing a duplicate claim; not sustaining a Recognized Claim as a result of netting gains against losses, not sustaining a Recognized Claim on the sales(s) of a security during the Class Period; buying shares below $6.02 per share and retaining those shares, shares transferred in or received into an account without being a documented purchase, and shares delivered out or transferred out of an account without proving a sales or retention of those shares.

Each claimant who filed a deficient claim was sent a deficiency letter allowing 20 days to cure each deficiency. Subsequent to the expiration of that 20-day period, each remaining deficient claimant was sent a final letter allowing an additional 20 days to cure the deficiency or to contest the pending recommendation of entire rejection of his or her claim. Each claimant whose claim was recommended for rejection, either in whole or in part, was sent a letter advising them of the reason for the partial or entire rejection of their claim and allowing a 20 day period to respond if the claimant believed the rejection was incorrect or wished to correct their claim filing or wished to contest the pending rejection. To date, none of these claimants are contesting the pending recommended entire rejection of their claim.

The claim forms received were assigned a claim number based upon the filing date as follows:

| Claim Number Series | Filing Date |
|---|---|
| 1 – 584 | Timely-filed claims (postmarked or received on or before December 1, 2005). |
| 10,001 - 10,010 | Late-filed claims (postmarked or received after December 1, 2005). |

A total of 10 claim forms were postmarked after December 1, 2005, the deadline specified in the Proof of Claim and Release form for filing, as previously approved by the Court. As explained above, these claims are numbered 10,001-10,010. Based on our experience, it is recommended that these claims not be rejected solely on the grounds of late filing, as they did not substantially delay the claims administration process. A total of 7 of these late-filed claims are recommended as Payable Claims with Total Recognized Claims of $24,226.88. Attached is Schedule I summarizing all claim forms received through June 30, 2006.

Unless directed otherwise, we will continue to receive and process any correspondence or information submitted by claimants. Should we become aware of adjustments to claims prior to distribution of the Net Settlement Fund, we will update our file with the new information and report the updated totals to Class Counsel immediately prior to distribution.

Sincerely,

Heffler, Radetich & Saitta, LLP

HEFFLER, RADETICH & SAITTA L.L.P.
Claims Administrator

Enclosure: "Claimants Listing as of June 30, 2006"

**SCHEDULE I**

IN RE A. T. CROSS SECURITIES LITIGATION
RECAPITULATION OF CLAIMS
AS OF JUNE 30, 2006

| CATEGORY | NUMBER | CLAIMED RECOGNIZED CLAIM | DISALLOWED RECOGNIZED CLAIM | ALLOWED RECOGNIZED CLAIM |
|---|---|---|---|---|
| I. **PAYABLE CLAIMS** | | | | |
| Timely Filed Claims | 386 | $2,094,634.39 | $0.00 | $2,094,634.39 |
| Late Filed Claims | 7 | 24,226.88 | 0.00 | 24,226.88 |
| **Total** | 393 | $2,118,861.27 | $0.00 | $2,118,861.27 |
| II. **NON-PAYABLE CLAIMS** | | | | |
| Timely Filed Claims | 198 | $201,192.55 | $201,192.55 | $0.00 |
| Late Filed Claims | 3 | - | - | 0.00 |
| **Total** | 201 | $201,192.55 | $201,192.55 | $0.00 |
| III. **GRAND TOTALS** | | | | |
| Timely Filed Claims | 584 | $2,295,826.94 | $201,192.55 | $2,094,634.39 |
| Late Filed Claims | 10 | 24,226.88 | - | 24,226.88 |
| **Total** | 594 | $2,320,053.82 | $201,192.55 | $2,118,861.27 |

HEFFLER, RADETICH & SAITTA L.L.P.

IN RE A. T. CROSS SECURITIES LITIGATION

CLAIMANTS LISTING

AS OF JUNE 30, 2006

Respectfully Submitted:

Heffler, Radetich & Saitta L.L.P.
Philadelphia, Pennsylvania

## IN RE A. T. CROSS SECURITIES LITIGATION

## KEY FOR PAYABLE CLAIMS

| CODE | | REASON |
|---|---|---|
| P01 | > | Claimant did not purchase A. T. Cross common stock during the Class Period. |
| P06 | > | Claimant did not have a Recognized Claim as a result of the purchase and subsequent sale of A. T. Cross common stock during the Class Period. |
| P07 | > | Claimant bought shares of A. T. Cross common stock below the retention value of $6.02 per share. |
| P10 | > | Claimant claimed shares that were received into their account and not purchased during the Class Period. |

* Where one of these codes is noted with respect to a particular claimant on the Claimants Listing, it means that, in addition to the claimant's valid recognized claim, as listed, the claimant had other purchases and/or sales of A. T. Cross common stock which did not fit the definition of Recognized Claim (for instance, purchases after the Class Period).

IN RE A. T. CROSS SECURITIES LITIGATION

PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 212 | A-DEC INC P/S BENSION, | US BANK | | 626.13 | 0.00 | 626.13 |
| 331 | ABRAHAM, LILLIAN A | KATHLEEN YOUNG | | 123.80 | 0.00 | 123.80 |
| 130 | ABRAMSON, STEVEN A | MIRIAM ABRAMSON | | 472.85 | 0.00 | 472.85 |
| 318 | ALASKA PERMANENT FUND, | BANK OF NEW YORK AS TTEE | | 106,353.37 | 0.00 | 106,353.37 |
| 236 | ALLEGHENY TECHNOLOGIES INC, | MELLON GLOBAL SECURITIES SERVI | | 35,436.49 | 0.00 | 35,436.49 |
| 171 | ALLEN SR., DAVID R | | P07 | 6.00 | 0.00 | 6.00 |
| 475 | ALLIANCE CAPITAL, | LDC SMALL CAP CAP/S&P 600 | P01 | 3,960.99 | 0.00 | 3,960.99 |
| 234 | ALLINA HEALTH SYSTEM OPERATION, | MELLON GLOBAL SECURITIES | | 1,897.60 | 0.00 | 1,897.60 |
| 235 | ALLINA HEALTH SYSTEM PENSION, | MELLON GLOBAL SECURITIES SCVS | | 805.40 | 0.00 | 805.40 |
| 485 | ANDERSON, CHARLES A | ANGELA EDWINA ANDERSON | | 3,884.00 | 0.00 | 3,884.00 |
| 267 | ANDREWS, RICHARD D | MARY JO ANDREWS | | 233.04 | 0.00 | 233.04 |
| 195 | ARGENTO TRADING COMPANY L.P., | DOUBLE ALPHA GROUP, INC. | | 35,334.28 | 0.00 | 35,334.28 |
| 157 | ASCHERMAN, NORMAN | | | 452.79 | 0.00 | 452.79 |
| 139 | ASHFORD, JANET J | | | 184.20 | 0.00 | 184.20 |
| 256 | ASSA ABLOY INC, | MELLON GLOBAL SECURITIES | | 952.20 | 0.00 | 952.20 |
| 223 | ASTRO ADVERTISING CO P/S J DES, | WELLS FARGO BANK NA TTEE | | 87.50 | 0.00 | 87.50 |
| 424 | ATOMIUM LTD, | C/O MERRILL LYNCH INT BANK LTD | P07P06 | 650.87 | 0.00 | 650.87 |
| 491 | AUSTIN, LOUISE | | | 320.69 | 0.00 | 320.69 |
| 450 | AVERY DENNISON MASTER RETIREME, | THE NORTHERN TRUST COMPANY | | 35,870.00 | 0.00 | 35,870.00 |
| 249 | BA PLAN 547 BELL ATLANTIC CORP, | MELLON GLOBAL SECURITIES | | 71.00 | 0.00 | 71.00 |
| 334 | BACAP SMALL CAP ENHANCED CARE, | | | 6,795.28 | 0.00 | 6,795.28 |
| 177 | BAIN, NORTON A | | | 6,572.66 | 0.00 | 6,572.66 |
| 176 | BAIN REALTY INC, | | | 8,184.07 | 0.00 | 8,184.07 |
| 174 | BAIRD, RUTH E | | | 89.43 | 0.00 | 89.43 |
| 69 | BAKER, ROBERT P | | | 2,125.25 | 0.00 | 2,125.25 |
| 35 | BARBERA, PETER | | | 354.29 | 0.00 | 354.29 |
| 579 | BARNES, DOUGLAS J | | | 456.81 | 0.00 | 456.81 |
| 270 | BARR, GRADY | | P07 | 399.00 | 0.00 | 399.00 |
| 435 | BARTNER, ALICE J | | | 1,924.03 | 0.00 | 1,924.03 |
| 436 | BEDELL, KATHRYNNE N | | | 201.35 | 0.00 | 201.35 |
| 206 | BELFORD SMALL CAP PASSIVE LLC, | US BANK | | 408.00 | 0.00 | 408.00 |
| 44 | BENSON, CARLTON L | ELZBIETA WASOWSKA BENSON | | 47.75 | 0.00 | 47.75 |
| 583 | BIO-RAD PLEDGED CU, | UNION BANK OF CALIFORNIA | | 2,092.00 | 0.00 | 2,092.00 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 326 | BISSONNETTE, LEONARD L | | | 456.51 | 0.00 | 456.51 |
| 238 | BLUE CROSS BLUE SHIELD OF NC, | MELLON GLOBAL SECURITIES SCVS | | 7,896.38 | 0.00 | 7,896.38 |
| 232 | BLYTHE, WILLIAM B | | | 92.85 | 0.00 | 92.85 |
| 499 | BOBO, FRANCES A | | | 1,355.50 | 0.00 | 1,355.50 |
| 197 | BOGHOSSIAN JR, LEON C | SUSAN BOGHOSSIAN | | 2,072.96 | 0.00 | 2,072.96 |
| 15 | BORODKIN, MARK | | | 1,266.40 | 0.00 | 1,266.40 |
| 219 | BOYAR VALUE FUND INC, | US BANK | | 2,243.50 | 0.00 | 2,243.50 |
| 421 | BRAZIL III, CHESLEY A | | | 175.35 | 0.00 | 175.35 |
| 203 | BROOKS, DALE G | | P07 | 276.00 | 0.00 | 276.00 |
| 570 | BROWN, MATTHEW W | DIANE BROWN | | 67.50 | 0.00 | 67.50 |
| 272 | BROWN, WILLIS F | | | 123.12 | 0.00 | 123.12 |
| 66 | BRUNO, JOSEPH E | | P07 | 215.90 | 0.00 | 215.90 |
| 273 | BURCH, MICHAEL L | | P07 | 153.00 | 0.00 | 153.00 |
| 10010 | BURGESS, JAMES M | | | 53.24 | 0.00 | 53.24 |
| 50 | BURJA, FRANK M | DENISE L BURJA | | 585.53 | 0.00 | 585.53 |
| 108 | BURKE, WILLIAM E | | | 264.32 | 0.00 | 264.32 |
| 530 | BURNETT, JOHNNE B | C/O GRACE & WHITE INC | | 8,541.79 | 0.00 | 8,541.79 |
| 204 | BURTON, GLENYS A | | | 116.20 | 0.00 | 116.20 |
| 82 | BYRNE, ROBERT W | MARIE D BYRNE | | 209.00 | 0.00 | 209.00 |
| 217 | CALDWELL-TECHNOLGY PORTFOLIO, | US BANK | | 795.50 | 0.00 | 795.50 |
| 10 | CAPITAL MOBILIZATION INC, | PROFIT SHARING TRUST | | 290.05 | 0.00 | 290.05 |
| 168 | CARR, MARY L | | | 255.74 | 0.00 | 255.74 |
| 132 | CARROLL, JOHN P | | | 100.20 | 0.00 | 100.20 |
| 181 | CARUSO, JOANN M | | | 542.23 | 0.00 | 542.23 |
| 307 | CARVALHO, ANN | | | 1,404.03 | 0.00 | 1,404.03 |
| 413 | CASE, LISA A | DONALD M CASE | | 34.29 | 0.00 | 34.29 |
| 338 | CELANESE PENSION HIGH ROCK CA, | STATE STREET CORP | | 1,472.87 | 0.00 | 1,472.87 |
| 22 | CHAN, JERRY Y | ROSALIE S CHAN | | 42.55 | 0.00 | 42.55 |
| 411 | CHANTIKIAN, HARUT H | MARGARET CHANTIKIAN DECEASED | | 1,498.25 | 0.00 | 1,498.25 |
| 317 | CHARLES A DANA FOUDNATION, | BANK OF NEW YORK AS TTEE | | 2,992.11 | 0.00 | 2,992.11 |
| 241 | CHILDRENS MEDICAL CENTER, | MELLON GLOBAL SECURITIES | | 952.20 | 0.00 | 952.20 |
| 9 | CHRISTOPHER JR, RAYMOND H | | P07 | 1,696.73 | 0.00 | 1,696.73 |
| 274 | CHURCHILL, FRANK K | | | 276.50 | 0.00 | 276.50 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 496 | CITY OF TAMPA/BENSON CUSTODY, | | | 14,662.80 | 0.00 | 14,662.80 |
| 529 | CLAPS, FRACIS X | C/O GRACE & WHITE INC | | 6,399.50 | 0.00 | 6,399.50 |
| 528 | CLAPS, JOSEPH E | ANDREW CLAPS BENEFICIARY | | 4,287.00 | 0.00 | 4,287.00 |
| 242 | CNF INC WELLS CAPITAL, | MELLON GLOBAL SECURITIES SERVI | P07 | 4,008.35 | 0.00 | 4,008.35 |
| 52 | COBB, G K | MARY E CRONIN | | 98.95 | 0.00 | 98.95 |
| 335 | CODDINGTON, DOROTHY R | | P01 | 1,298.00 | 0.00 | 1,298.00 |
| 243 | COMMON WEALTH OF PA PSERS, | MELLON GLOBAL SECURITIES SCVS | | 15,901.62 | 0.00 | 15,901.62 |
| 259 | COMMONWEALTH OF PA PSERS, | MELLON GLOBAL SECURITIES SERVI | P07 | 3,476.50 | 0.00 | 3,476.50 |
| 260 | COMMONWEATH OF MASSACHUSETTS, | MELLON GLOBAL SECURITIES | | 16.50 | 0.00 | 16.50 |
| 32 | CONNER, RAY R | MILDRED R CONNER | | 366.00 | 0.00 | 366.00 |
| 239 | CONSOLIDATED FREIGHTWAYS CORP, | MELLON GLOBAL SECURITIES SVCS | P07 | 3,687.35 | 0.00 | 3,687.35 |
| 394 | CORNELIUS, LEO | BANK OF AMERICA AS FIDUCIARY | | 1,455.00 | 0.00 | 1,455.00 |
| 427 | COTE, MAURICE I | AG EDWARDS & SONS CUST | | 759.70 | 0.00 | 759.70 |
| 276 | CROWTHER, SHEILA | | P07 | 353.00 | 0.00 | 353.00 |
| 277 | CROWTHER, SHEILA | | P07 | 214.50 | 0.00 | 214.50 |
| 64 | CUMMINGS, JAMES N | DANIEL J CUMMINGS URIUGMA | | 109.60 | 0.00 | 109.60 |
| 431 | CURIALE, RICHARD O | DIANE CURIALE | | 2,213.63 | 0.00 | 2,213.63 |
| 487 | CURRAN, STEPHEN J | GRACE JOSEPHINE CURRAN | | 258.50 | 0.00 | 258.50 |
| 46 | DAFCIK, BILL | | P07 | 153.00 | 0.00 | 153.00 |
| 123 | DAIGRE, RENE | | | 562.23 | 0.00 | 562.23 |
| 306 | DAVIDSON COLLEGE, | WACHOVIA BANK NA TTEE | | 1,074.00 | 0.00 | 1,074.00 |
| 481 | DECOTIS INSURANCE ASSOCIAITES, | | | 1,663.21 | 0.00 | 1,663.21 |
| 416 | DEITRICH, JERRY D | | | 525.79 | 0.00 | 525.79 |
| 20 | DESAI, DUSHYANT J | WENLING JANG DESAI | P07 | 1,457.45 | 0.00 | 1,457.45 |
| 10007 | DEUTSCHE BANK SECURITIES INC, | C/O MAGENTA ONE LTD | | 162.48 | 0.00 | 162.48 |
| 173 | DICKER, DONNA M | | | 241.06 | 0.00 | 241.06 |
| 172 | DICKER, WAYNE E | | | 448.67 | 0.00 | 448.67 |
| 106 | DILKS, EDGAR A | | | 623.64 | 0.00 | 623.64 |
| 111 | DILKS, EDGAR A | FREDA L DILKS | | 1,592.97 | 0.00 | 1,592.97 |
| 480 | DILLON, WILLIAM J | CHARLENE L DILLON | | 224.35 | 0.00 | 224.35 |
| 145 | DIMENSIONAL FND ADV. VA SML, VALUE | PNC | | 102.50 | 0.00 | 102.50 |
| 324 | DJEU, DEREK | NICHOLAS DJEU | P07 | 14,280.20 | 0.00 | 14,280.20 |
| 465 | DOMINI SOCIAL INDEX PORTFOLIO, | INVESTORS BANK & TRUST | | 2,682.00 | 0.00 | 2,682.00 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 432 | DORIS, ARLENE | MARTIN DORIS | | 660.35 | 0.00 | 660.35 |
| 194 | DOUBLE ALPHA PARTNERS L.P., | DOUBLE ALPHA GRP,INC. | | 40,837.32 | 0.00 | 40,837.32 |
| 6 | DOUNIAS, GEORGE | | | 1,687.50 | 0.00 | 1,687.50 |
| 442 | DOWNEY, ELIZABETH J | AG EDWARDS & SONS CUSTODIAN | | 2,119.29 | 0.00 | 2,119.29 |
| 244 | DREYFUS SMALL CAP STOCK INDEX, | MELLON GLOBAL SECURITIES | | 948.50 | 0.00 | 948.50 |
| 461 | E&W HAAS JR FUND, | THE NORTHERN TRUST COMPANY | | 2,149.00 | 0.00 | 2,149.00 |
| 113 | EGAN JR, JOHN J | JOHN J. EGAN JR TTEE | | 1,054.75 | 0.00 | 1,054.75 |
| 27 | EILAND, BARRY B | MARILYN SUE EILAND | | 2,127.00 | 0.00 | 2,127.00 |
| 210 | EISENHOWER EXCH FINSHP BENSON, | US BANK | | 206.00 | 0.00 | 206.00 |
| 209 | ELKS YOUTH GYE SERVICE, | US BANK | | 4,315.25 | 0.00 | 4,315.25 |
| 231 | ENGLE, LAVERNA C | | | 1,283.67 | 0.00 | 1,283.67 |
| 85 | ENSLEN JR, NORBERT | CHERYL ENSLEN | | 485.45 | 0.00 | 485.45 |
| 268 | FARRELL, MARY O | | | 504.18 | 0.00 | 504.18 |
| 476 | FEDERATED MANAGED GRWTH PORT, | FEDERATED INVESTORS INC | | 878.59 | 0.00 | 878.59 |
| 477 | FEDERATED MANAGED MODERATE GRW, | FEDERATED INVESTORS INC | | 780.97 | 0.00 | 780.97 |
| 138 | FINK, ALAN | | P07 | 3,679.50 | 0.00 | 3,679.50 |
| 60 | FIX, DAVID | | | 220.00 | 0.00 | 220.00 |
| 322 | FLAVIN, PATRICK B | C/O FLAVIN, BLAKE & CO LP | P07 | 310.75 | 0.00 | 310.75 |
| 323 | FLAVIN, BLAKE INVESTORS LP, | C/O FLAVIN, BLAKE & CO LP | P07 | 8,385.00 | 0.00 | 8,385.00 |
| 71 | FLOYD JR,FAM. REV., ANTHONY | | P07 | 155.80 | 0.00 | 155.80 |
| 407 | FNB AGT F WOMAN & INFANTS, | BANK OF AMERICA AS FIDUCIARY | | 10,154.63 | 0.00 | 10,154.63 |
| 55 | FRANCIS, CHARLES T | | | 262.47 | 0.00 | 262.47 |
| 315 | FRANCIS ST JOSEPH, | BANK OF NEW YORK AS TTEE | | 5,248.07 | 0.00 | 5,248.07 |
| 490 | FRANCOEUR, GARY | DENISE FARNCOEUR | | 295.47 | 0.00 | 295.47 |
| 521 | FRANKOVICH, DEBORAH H | C/O GRACE & WHITE INC | | 8,671.12 | 0.00 | 8,671.12 |
| 305 | FURNAM UNIVERSITY, | WACHOVIA BANK NA TTEE | | 2,512.28 | 0.00 | 2,512.28 |
| 278 | GAMBILL, JOAN G | LAWTON G GAMBILL | | 222.12 | 0.00 | 222.12 |
| 399 | GARY, RICHARD I | BANK OF AMERICA AS FIDUCIARY | | 4,577.50 | 0.00 | 4,577.50 |
| 484 | GEBHARDT, RICHARD L | | | 1,140.45 | 0.00 | 1,140.45 |
| 25 | GENCARELLI, PETER A | ANTANINA GENCARELLI | | 1,193.50 | 0.00 | 1,193.50 |
| 360 | GEORGE WASHINGTON UNIV, | STATE STREET CORP | P07 | 3,997.50 | 0.00 | 3,997.50 |
| 474 | GILONI, MARK | | P07 | 909.14 | 0.00 | 909.14 |
| 486 | GLAESER, HARRY R | GEORGIANA H GLAESER | P01 | 7,248.56 | 0.00 | 7,248.56 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 582 | GLAESER, HARRY R | | | 2,598.40 | 0.00 | 2,598.40 |
| 279 | GLAST, ROBERT J | | P07 | 474.00 | 0.00 | 474.00 |
| 340 | GMIMCO TRUST, | STATE STREET CORP | | 80,459.17 | 0.00 | 80,459.17 |
| 341 | GMIMCO TRUST, | STATE STREET CORP | | 3,843.00 | 0.00 | 3,843.00 |
| 342 | GMIMCO TRUST, | STATE STREET CORP | | 10,149.00 | 0.00 | 10,149.00 |
| 345 | GMIMCO TRUST, | STATE STREET CORP | | 366.80 | 0.00 | 366.80 |
| 129 | GOFF, JAMES M | | P07 | 17,328.00 | 0.00 | 17,328.00 |
| 488 | GOLDEN, ESSIE M | | | 1,324.74 | 0.00 | 1,324.74 |
| 419 | GOLDMAN, JUDITH G | | | 543.75 | 0.00 | 543.75 |
| 418 | GOLDMAN, LAURIE S | | | 377.95 | 0.00 | 377.95 |
| 420 | GOLDMAN, STEPHAN E | | | 368.97 | 0.00 | 368.97 |
| 92 | GOLDSTEIN, DOROTHY F | JOHN ANDREW CHAPMAN | P07 | 478.44 | 0.00 | 478.44 |
| 544 | GRACE, F C | C/O GRACE & WHITE INC | | 13,981.00 | 0.00 | 13,981.00 |
| 531 | GRACE, MORGAN H | GERALD I WHITE TTEE | | 2,142.00 | 0.00 | 2,142.00 |
| 504 | GRACE, ROBERT M | GERALD I WHITE TTEE | | 16,698.00 | 0.00 | 16,698.00 |
| 53 | GREGORY, CHARLIE C | CAROL JEAN GREGORY | | 2,782.80 | 0.00 | 2,782.80 |
| 325 | GUERRERO-BISSONNETTE, TERESA | | | 317.86 | 0.00 | 317.86 |
| 128 | GUTTMAN, MARVIN A | | | 581.75 | 0.00 | 581.75 |
| 386 | HAFFKE, STEVEN L | CHERYL L HAFFKE | | 554.20 | 0.00 | 554.20 |
| 196 | HALEBIAN, JOHN | LISA P HALEBIAN | | 460.91 | 0.00 | 460.91 |
| 352 | HALLMARK CARDS INC, | STATE STREET CORP | | 754.00 | 0.00 | 754.00 |
| 225 | HAMTC PENSION PLAN BENSON, | WELLS FARGO BANK NA TTEE | | 3,474.28 | 0.00 | 3,474.28 |
| 226 | HANFORD MULTI-ER PENSION-BENSI, | WELLS FARGO BANK NA TTEE | | 11,506.35 | 0.00 | 11,506.35 |
| 228 | HANSEN, GEORGE N | IRENE J HANSEN | | 82.45 | 0.00 | 82.45 |
| 262 | HAWES, ROBERT A | | | 2,297.79 | 0.00 | 2,297.79 |
| 16 | HAZARD, ROBERT E | CLEOPATRA P HAZARD | | 1,958.13 | 0.00 | 1,958.13 |
| 375 | HEBRANK, JOHN E | A G EDWARDS & SONS | | 560.74 | 0.00 | 560.74 |
| 376 | HECKER, WILFRED | AG EDWARDS & SONS CUST | | 163.10 | 0.00 | 163.10 |
| 408 | HEGARTY, JOHN | | | 965.05 | 0.00 | 965.05 |
| 80 | HENCH III, WILLIAM S | NANCY C HENCH EX OEO | | 706.00 | 0.00 | 706.00 |
| 156 | HENNING, KEITH G | DEBORAH O HENNING | | 2,015.52 | 0.00 | 2,015.52 |
| 280 | HERICKS, JAMES A | | | 44.00 | 0.00 | 44.00 |
| 266 | HERTRUS & CO, | | | 141,559.00 | 0.00 | 141,559.00 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 281 | HERZIG, LINDA | | P07 | 153.00 | 0.00 | 153.00 |
| 255 | HIGH ROCK CO, | MELLON GLOBAL SECURITIES | | 1,616.79 | 0.00 | 1,616.79 |
| 354 | HIGHROCK CAPITAL LLC, | STATE STREET CORP | | 6,076.60 | 0.00 | 6,076.60 |
| 24 | HUDNALL, JARRETT | | | 641.44 | 0.00 | 641.44 |
| 511 | HUSSEY III, GEORGE | | | 8,671.12 | 0.00 | 8,671.12 |
| 468 | ILSURS US TOT MKT R/S CLOSED, | INVESTORS BANK & TRUST | | 19.89 | 0.00 | 19.89 |
| 362 | INDIANA PERF DIMENSION FUND, | | | 67,270.78 | 0.00 | 67,270.78 |
| 36 | INFELD, PAUL | | | 4,029.00 | 0.00 | 4,029.00 |
| 550 | INMAN, ANNE M | RATUS KELLY TTEE | | 16,062.83 | 0.00 | 16,062.83 |
| 581 | INSTITUTIONAL SELECT SMALL CAP, | VALUE INDEX FUND | P07 | 877.00 | 0.00 | 877.00 |
| 462 | INTRACOASTAL HEALTH, | THE NORTHERN TRUST COMPANY | | 11,962.00 | 0.00 | 11,962.00 |
| 451 | INTRACOASTAL RETIRE, | THE NORTHERN TRUST COMPANY | | 3,499.00 | 0.00 | 3,499.00 |
| 396 | INVESCO CROSSOVER PLUS PL-STOC, | BANK OF AMERICA AS FIDUCIARY | | 251,956.45 | 0.00 | 251,956.45 |
| 107 | ISBELL, JACK R | | P07 | 276.00 | 0.00 | 276.00 |
| 422 | ISBELL, JACK R | | P07 | 276.00 | 0.00 | 276.00 |
| 10009 | ISENBEK, MARY A | | | 545.60 | 0.00 | 545.60 |
| 103 | ITS INTRINSIC VALUE, | BANK OF THE WEST | | 3,333.33 | 0.00 | 3,333.33 |
| 184 | JAFFEE, WILLIAM R | | | 730.00 | 0.00 | 730.00 |
| 365 | JAMHARIAN, JAN | | | 979.54 | 0.00 | 979.54 |
| 400 | JANET BROWN LTD PENSION PLN, | BANK OF AMERICA AS FIDUCIARY | | 699.65 | 0.00 | 699.65 |
| 284 | JEFFREY, PATRICIA | | P07 | 214.50 | 0.00 | 214.50 |
| 245 | JOHN DEERE PENSION TRUST, | MELLON GLOBAL SECURITIES | | 6,141.93 | 0.00 | 6,141.93 |
| 300 | JOHNSON, ALBERT J | | P07 | 238.45 | 0.00 | 238.45 |
| 438 | JOHNSON, DORTHY M | CHARLES R JOHNSON | | 184.19 | 0.00 | 184.19 |
| 49 | JOHNSON, JOSEPH R | THERESA M JOHNSON | | 441.00 | 0.00 | 441.00 |
| 14 | JONAS, INGRID W | FRANK M JONAS;GIVEAWAY TRUST | | 214.00 | 0.00 | 214.00 |
| 126 | JONAS, INGRID W | | | 1,297.30 | 0.00 | 1,297.30 |
| 165 | JUBILEE FAM. LTD PRTNSHP, | DANIEL M MCGLINCHEX GP | | 407.33 | 0.00 | 407.33 |
| 4 | KAELBER, STEPHEN H | | | 4,383.06 | 0.00 | 4,383.06 |
| 151 | KALLMAN, FRANK A | | | 2,061.87 | 0.00 | 2,061.87 |
| 283 | KAMMER, CYNTHIA J | | P07 | 214.50 | 0.00 | 214.50 |
| 429 | KAPLAN, PHILIP | ARLYNE KAPLAN | | 189.45 | 0.00 | 189.45 |
| 374 | KAPLAN, PHILLIP | AG EDWARDS & SONS CUSTODIAN | | 1,720.51 | 0.00 | 1,720.51 |

IN RE A. T. CROSS SECURITIES LITIGATION

PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 460 | KCFFR-HIGH ROCK CAPITAL, | THE NORTHERN TRUST COMPANY | | 1,984.92 | 0.00 | 1,984.92 |
| 309 | KEYSPAN PENSION MT, | BANK OF NEW YORK AS TTEE | | 2,584.62 | 0.00 | 2,584.62 |
| 189 | KICE, ROBERT M | | | 450.68 | 0.00 | 450.68 |
| 378 | KING, ELAYNE J | | | 889.85 | 0.00 | 889.85 |
| 379 | KIRSCHBAUM, ROBERT | | | 713.80 | 0.00 | 713.80 |
| 366 | KKP HOLDINGS LLC, | | | 2,544.06 | 0.00 | 2,544.06 |
| 519 | KLABIN, GEORGE | C/O GRACE & WHITE INC | P07 | 7,566.95 | 0.00 | 7,566.95 |
| 160 | KNUTSON, MARTIN A | JEANINE DANIELE KNUTSON | | 435.29 | 0.00 | 435.29 |
| 247 | KODAK RETIREMENT INCOME PLAN, | MELLON GLOBAL SECURITIES SERVI | | 14,726.00 | 0.00 | 14,726.00 |
| 434 | KOENIG, EILEEN M | | | 1,642.32 | 0.00 | 1,642.32 |
| 7 | KOHLER, TILO | GISELA KOHLER | | 46.45 | 0.00 | 46.45 |
| 433 | KUELDSEN, ANNE | | | 711.35 | 0.00 | 711.35 |
| 131 | KURZE, KENNETH A | INGRID SONJA KURZE | | 954.38 | 0.00 | 954.38 |
| 573 | LABORERS DISTRIC COUNCIL, | | | 3,933.99 | 0.00 | 3,933.99 |
| 192 | LACORTE, FREDERICK N | | | 6,869.75 | 0.00 | 6,869.75 |
| 377 | LAGERMAN, KURT T | SUSAN A KOENIG | | 620.00 | 0.00 | 620.00 |
| 170 | LATEINER, DONALD | E MARIANNE GABEL | | 4,009.95 | 0.00 | 4,009.95 |
| 310 | LEGACY EQUITY INCOME, | BANK OF NEW YORK AS TTEE | P06 | 135.00 | 0.00 | 135.00 |
| 89 | LEIN, ERNEST A | JOAN NORMA LEIN | | 931.73 | 0.00 | 931.73 |
| 97 | LEVY JR, JOSEPH | | | 1,787.91 | 0.00 | 1,787.91 |
| 320 | LEWIS & CLARK ENDOWMENT/BENSON, | BANK OF NEW YORK AS TTEE | P06 | 387.00 | 0.00 | 387.00 |
| 41 | LIEBER, DARIN | | | 6,505.00 | 0.00 | 6,505.00 |
| 492 | LINCICOME, ROBERT A | | | 175.89 | 0.00 | 175.89 |
| 39 | LIND, MEGAN E | | | 2,377.32 | 0.00 | 2,377.32 |
| 182 | LOCAL 413 PENSION FUND, | C/O AMALGAMATED BANK | | 2,160.00 | 0.00 | 2,160.00 |
| 286 | LOCATELLI, MARY | | P07 | 1,152.00 | 0.00 | 1,152.00 |
| 56 | LOEB III, CARL M | | | 2,789.00 | 0.00 | 2,789.00 |
| 34 | LORELLI, CHARLES A | | P07 | 10,100.00 | 0.00 | 10,100.00 |
| 207 | LORRAINE APPOINTED TRUST, | US BANK | P07 | 66,884.55 | 0.00 | 66,884.55 |
| 188 | LUCKERT, CAROL K | | P07 | 296.07 | 0.00 | 296.07 |
| 556 | MACLEAR, SUZANNE | C/O GRACE & WHITE INC | | 11,297.22 | 0.00 | 11,297.22 |
| 380 | MANLEY JR, ROBERT J | | | 162.00 | 0.00 | 162.00 |
| 470 | MARS J BISHOP IRA, | INVESTORS BANK & TRUST | | 7,800.00 | 0.00 | 7,800.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 355 | MASTERS, | STATE STREET CORP | | 10.50 | 0.00 | 10.50 |
| 299 | MATHENY, RICHARD D | BETTY JEAN MATHENY | | 33.00 | 0.00 | 33.00 |
| 554 | MATZ, JOHN W | C/O GRACE & WHITE INC | | 4,398.83 | 0.00 | 4,398.83 |
| 576 | MAXIM INDEX 600 PORTFOLIO OF M, | | P07 | 2,047.35 | 0.00 | 2,047.35 |
| 248 | MCI-HIGH ROCK CAPITAL LLC, | MELLON GLOBAL SECURITIES | | 3,684.31 | 0.00 | 3,684.31 |
| 437 | MCKEEVER, DEBRA | | | 392.60 | 0.00 | 392.60 |
| 489 | MCKENNEY, DEBORAH | CHRISTOPHER MCKENNEY | | 338.95 | 0.00 | 338.95 |
| 494 | MCKENNEY, DEBORAH | | | 338.95 | 0.00 | 338.95 |
| 112 | MCNAMARA, KELLY C | | | 527.00 | 0.00 | 527.00 |
| 94 | MEDEIROS, FRANK A | | P07 | 3,130.00 | 0.00 | 3,130.00 |
| 220 | MERCANTILE SMALL CAP EQUITY IN, | US BANK | | 710.03 | 0.00 | 710.03 |
| 161 | METZDORF(DECEASED), HELEN V | PATRICIA A HELDT | | 384.00 | 0.00 | 384.00 |
| 466 | MICRO-CAP EQ INDEX FD EX-TOBAC, | INVESTORS BANK & TRUST | | 14,631.30 | 0.00 | 14,631.30 |
| 467 | MICRO-CAP EQUITY MKT FD B, | INVESTORS BANK & TRUST | | 1,628.50 | 0.00 | 1,628.50 |
| 201 | MILLER, ESTHER | | | 7,084.40 | 0.00 | 7,084.40 |
| 155 | MILLMAN, STANLEY M | | | 2,718.99 | 0.00 | 2,718.99 |
| 348 | MINNESOTA STATE BOARD OF INV, | STATE STREET CORP | | 19,848.00 | 0.00 | 19,848.00 |
| 314 | MMC DOMESTIC EQUITY FUND, | BANK OF NEW YORK AS TTEE | | 309.00 | 0.00 | 309.00 |
| 86 | MOLLO, ANTONIO | | | 2,011.70 | 0.00 | 2,011.70 |
| 67 | MONSEES, IVY M | | | 428.96 | 0.00 | 428.96 |
| 193 | MOORE, IRA JOEL | | | 701.00 | 0.00 | 701.00 |
| 406 | MURRAY, TERRENCE | BANK OF AMERICA AS FIDUCIARY | | 3,845.00 | 0.00 | 3,845.00 |
| 391 | MURRAY & YOUNG ASSOCIATES LLC, | BANK OF AMERICA AS FIDUCIARY | | 5,305.00 | 0.00 | 5,305.00 |
| 164 | NANNI, LOUIS L | | | 89.50 | 0.00 | 89.50 |
| 455 | NAT ENDOWMENT BENSON EDUC, | THE NORTHERN TRUST COMPANY | | 880.00 | 0.00 | 880.00 |
| 333 | NATIONS MANAGED SMALL CAP VALU, | | P07 | 75.25 | 0.00 | 75.25 |
| 227 | NATKINS, DEBRA G | | | 873.01 | 0.00 | 873.01 |
| 140 | NEVILLE CHEMICAL CO, | PNC | | 907.71 | 0.00 | 907.71 |
| 78 | NILES, JOHN B | | P07 | 769.01 | 0.00 | 769.01 |
| 288 | NOLAN, WILLIAM J | | P07 | 153.00 | 0.00 | 153.00 |
| 10002 | NORTH AMERICAN ENTERPRISES INC, | | | 16,518.94 | 0.00 | 16,518.94 |
| 313 | NORTH CAROLINA TREASURERS, | BANK OF NEW YORK AS TTEE | | 52,166.15 | 0.00 | 52,166.15 |
| 289 | O'BRIEN, SARA J | | P07 | 399.00 | 0.00 | 399.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 105 | O'SHEA, MICHAEL P | NANCY C O'SHEA | | 238.50 | 0.00 | 238.50 |
| 61 | OHIO TWINE CO, | | | 838.50 | 0.00 | 838.50 |
| 98 | OHIO WESLEYAN, | | | 103.00 | 0.00 | 103.00 |
| 211 | OHS FDN BENSON ASSOC, | US BANK | | 4,577.35 | 0.00 | 4,577.35 |
| 74 | OLANDER, MARTIN W | AGEDWARDS & SONS INC | | 101.01 | 0.00 | 101.01 |
| 166 | OPEL, CLARICE M | | | 8,747.80 | 0.00 | 8,747.80 |
| 577 | ORCAHRD INDEX 600 PORT OF ORCH, | | | 7,159.20 | 0.00 | 7,159.20 |
| 327 | OSBORN, MALCOLM | | | 394.79 | 0.00 | 394.79 |
| 501 | PALOMBO, THOMAS A | KATHY A ROBERTSON PALOMBO | P01 | 46.87 | 0.00 | 46.87 |
| 298 | PARKER, SHEA D | | P07 | 1,242.00 | 0.00 | 1,242.00 |
| 350 | PARTNERS HEALTHCARE ERISA, | STATE STREET CORP | | 1,379.10 | 0.00 | 1,379.10 |
| 336 | PARTNERS HEALTHCARE NON ERISA, | STATE STREET CORP | | 1,379.10 | 0.00 | 1,379.10 |
| 395 | PAWTUCKET MUTUAL INS CO/TPG, | BANK OF AMERICA AS FIDUCIARY | | 8,062.50 | 0.00 | 8,062.50 |
| 257 | PEARCE MARY ELIZABETH, | MELLON GLOBAL SECURITIES | | 34,769.00 | 0.00 | 34,769.00 |
| 100 | PERS EQUITIES, | | | 39,961.33 | 0.00 | 39,961.33 |
| 574 | PGA HOLDINGS LLC, | | | 6,012.40 | 0.00 | 6,012.40 |
| 68 | PHARAZYN-SORG;LIV, LUCILLE M | LUCILLE M. PHARAZYN SORG TTEE | P01 | 603.36 | 0.00 | 603.36 |
| 506 | PHILLIPS, CLARE M | GERALD I WHITE TTEE | | 6,282.95 | 0.00 | 6,282.95 |
| 290 | PIERSON, GINGER | | | 2,028.75 | 0.00 | 2,028.75 |
| 402 | PLUMBERS LOCAL UNION 200 ASB F, | BANK OF AMERICA AS FIDUCIARY | | 235.00 | 0.00 | 235.00 |
| 114 | PRESBREY, RAYMOND E | PHYLLIS LORETTA PRESBREY | | 306.00 | 0.00 | 306.00 |
| 163 | PRINCIOTTO, MATTEO J | OLGA P PRINCIOTTO | P07 | 1,083.36 | 0.00 | 1,083.36 |
| 456 | PUBLIC EMPLOYEES RETIREMENT, | THE NORTHERN TRUST COMPANY | | 2,719.00 | 0.00 | 2,719.00 |
| 571 | PYRON, IRA W | ANNE R PYRON | | 792.23 | 0.00 | 792.23 |
| 302 | R M PALMER COMPANY, | WACHOVIA BANK NA TTEE | | 7,680.00 | 0.00 | 7,680.00 |
| 70 | RALLO, JAMES G | | | 636.12 | 0.00 | 636.12 |
| 308 | RANSON S & P SMALLCAP 600, | BANK OF NEW YORK | P07 | 256.00 | 0.00 | 256.00 |
| 584 | RANSON S & P SMALLCAP 600, THE BANK OF | | | 34.25 | 0.00 | 34.25 |
| 43 | RATCLIFFE, THOMAS G | | | 12,089.92 | 0.00 | 12,089.92 |
| 250 | RAYTHEON CO MASTER PENSION TRU, | MELLON GLOBAL SECURITIES | | 8,848.00 | 0.00 | 8,848.00 |
| 237 | REGENCE BC/BS OF OREGON, | MELLON GLOBAL SECURITIES SERVI | | 407.38 | 0.00 | 407.38 |
| 251 | REGENCE BENSON ASSOCIATES, | MELLON GLOBAL SERVICES | P07 | 3,110.70 | 0.00 | 3,110.70 |
| 246 | REGENCE BLUESHIELD, | MELLON GLOBAL SECURITIES SCVS | | 814.76 | 0.00 | 814.76 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 269 | RIECHERS, ARDYTH C | | | 230.15 | 0.00 | 230.15 |
| 42 | RIOLO, CAESAR | | | 129.15 | 0.00 | 129.15 |
| 364 | RIVERSOURCE SMALL COMPANY INDE, | | P07 | 13,489.50 | 0.00 | 13,489.50 |
| 72 | RMWC-COLUMBIA MGMT, | RANDOLPH-MACON WOMEN'S COLLEGE | | 1,224.57 | 0.00 | 1,224.57 |
| 497 | ROCKINGHAM MUTAL STOCK, | | | 52.50 | 0.00 | 52.50 |
| 311 | ROSS STORES INC, | BANK OF NEW YORK AS TTEE | | 390.05 | 0.00 | 390.05 |
| 330 | ROYCE ENDOWMENT FUND, | | P07 | 12,657.82 | 0.00 | 12,657.82 |
| 495 | ROYCE OPPORTUNITY FUND, | | P07 | 19,603.54 | 0.00 | 19,603.54 |
| 221 | RUPAY BARRINGTON VALUE EQUITY, | US BANK | | 968.75 | 0.00 | 968.75 |
| 441 | RUPERT, ROBERT E | LORETTA C RUPERT | | 70.25 | 0.00 | 70.25 |
| 214 | S H SWINDELLS-BENSON ASSOC, | USBANK | | 309.00 | 0.00 | 309.00 |
| 38 | SADLER JR, ANTHONY L | | | 153.00 | 0.00 | 153.00 |
| 382 | SALANGA, EMILA R | EMILIA R SALANGA & AZUCENA VOL | | 2,707.48 | 0.00 | 2,707.48 |
| 371 | SCANDINAVIAN ARILINES, | | | 1,502.20 | 0.00 | 1,502.20 |
| 137 | SCATTONE, CYNTHIA A | | | 193.28 | 0.00 | 193.28 |
| 136 | SCHELLHAMMER, ROBERT Y | | | 78.35 | 0.00 | 78.35 |
| 26 | SCHNIEROW, FRANK B | | | 3,435.18 | 0.00 | 3,435.18 |
| 383 | SHAW, PATRICIA | A G EDWARDS & SONS CUSTODIAN | | 639.13 | 0.00 | 639.13 |
| 363 | SHIA, GEORGE J | CLAIRE M SHIA | | 56.48 | 0.00 | 56.48 |
| 48 | SHIEMAN, BRYAN M | | | 1,527.37 | 0.00 | 1,527.37 |
| 200 | SILVA, ANTONE R | | | 1,846.19 | 0.00 | 1,846.19 |
| 10003 | SISTER ST FRANCIS, | BANK OF NEW YORK | P07 | 4,337.91 | 0.00 | 4,337.91 |
| 359 | SKILLMAN FOUNDATION, | STATE STREET CORPORATION | | 62,303.40 | 0.00 | 62,303.40 |
| 569 | SMALL INDEX FUND, | | P07 | 14,773.50 | 0.00 | 14,773.50 |
| 119 | SNOW, ERIC L | TONI A SNOW | | 2,762.90 | 0.00 | 2,762.90 |
| 463 | SOBRATO DEV #910, | THE NORTHERN TRUST COMPANY | | 667.00 | 0.00 | 667.00 |
| 292 | SPROTT JR, JOHN W | JUNE SPROTT | P07 | 214.50 | 0.00 | 214.50 |
| 99 | ST MARY'S SMALL CAP, | | | 2,426.75 | 0.00 | 2,426.75 |
| 293 | STALL, KATHRYN M | | | 473.30 | 0.00 | 473.30 |
| 294 | STALL, KATHRYN M | | | 1,676.50 | 0.00 | 1,676.50 |
| 295 | STALL, KATHRYN M | | | 1,676.50 | 0.00 | 1,676.50 |
| 296 | STALL, KATHRYN M | | | 1,676.50 | 0.00 | 1,676.50 |
| 452 | STATE UNIVERSITIES RETIREMENT, | THE NORTHERN TRUST COMPANY | | 888.00 | 0.00 | 888.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 159 | STAUFFER, ANDREW J | | | 132.89 | 0.00 | 132.89 |
| 198 | STEIN, ALEXANDER M | DORIS EISLER STEIN | | 8,605.10 | 0.00 | 8,605.10 |
| 425 | STELZ, RAYMOND | RAYMOND STELZ TTEE | | 735.20 | 0.00 | 735.20 |
| 430 | STELZ, RAYMOND | AG EDWARDS & SONS CUSTODIAN | | 443.60 | 0.00 | 443.60 |
| 87 | STERN, HAROLD | | | 337.16 | 0.00 | 337.16 |
| 40 | STEVENS, MOIR B | | | 1,312.48 | 0.00 | 1,312.48 |
| 401 | SUPPLEMENTAL WESTED ANN PLU, | BANK OF AMERICA AS FIDUCIARY | | 2,300.00 | 0.00 | 2,300.00 |
| 373 | SURVIVING, ELAINE V | EUGENE J & ELAINE V SIEGEL | | 1,227.93 | 0.00 | 1,227.93 |
| 387 | SUSQUEHANNA INVESTMENT GROUP, | | | 165.38 | 0.00 | 165.38 |
| 388 | SUSQUEHANNA INVESTMENT GROUP, | | | 4,705.19 | 0.00 | 4,705.19 |
| 23 | TAMBURELLI, JOHN F | CHARLOTTE L TAMBURELLI | | 1,486.25 | 0.00 | 1,486.25 |
| 500 | TAMU FOUNDATION-WELLS CAP, | FNB | | 5,888.71 | 0.00 | 5,888.71 |
| 31 | TAUBER, ROBERT R | | P07 | 400.30 | 0.00 | 400.30 |
| 146 | TAX MANAGED US SML CAP VALUE, PORT | PNC | P07 | 903.95 | 0.00 | 903.95 |
| 104 | TCW VALUE ADDED FD, | BANK OF THE WEST | | 2,828.00 | 0.00 | 2,828.00 |
| 10004 | THE A'HMANSON FDNTN, | BANK OF NEW YORK | | 2,485.71 | 0.00 | 2,485.71 |
| 265 | THE BANK OF NEW YORK, | | P07 | 4,919.01 | 0.00 | 4,919.01 |
| 329 | THE CHASE MANHATTAN BANK MANAG, | JPMORGAN CHASE | P07 | 5,015.64 | 0.00 | 5,015.64 |
| 240 | THE EQUITY INDEX FUND, | MELLON GLOBAL SECURITIES SVCS | | 767.50 | 0.00 | 767.50 |
| 216 | THE ERICKSON GROUP LTD, | US BANK | | 29.41 | 0.00 | 29.41 |
| 444 | THE FOREST C LATTNERFOUN, | THE NORTHERN TRUST COMPANY | | 27,270.00 | 0.00 | 27,270.00 |
| 142 | THE MICRO CAP SUBTRUST, | PNC | | 1,700.80 | 0.00 | 1,700.80 |
| 143 | THE SML CAP VALUE SUBTRUST, | PNC | | 8,298.00 | 0.00 | 8,298.00 |
| 405 | THEODORE ROOSEVELT COUN ENDOW, | BANK OF AMERICA AS FIDUCIARY | | 2,135.00 | 0.00 | 2,135.00 |
| 578 | THOMASON, JEANNE C | | | 303.40 | 0.00 | 303.40 |
| 230 | THRIVENT SMALL CAP INDEX PORTL, | | | 1,166.00 | 0.00 | 1,166.00 |
| 154 | TIERNEY, ROBERT F | CORINNE M TIERNEY | | 137.45 | 0.00 | 137.45 |
| 397 | TR U/W FAY SLOVER/SMALL CAP SU, | BANK OF AMERICA AS FIDUCIARY | | 7,670.08 | 0.00 | 7,670.08 |
| 482 | TREAS OF STATE OF NYC, | COLUMBIA MANAGEMENT GROUP | P10 | 47,167.40 | 0.00 | 47,167.40 |
| 213 | TRI MET PENSION INV FD PENSION, | US BANK | | 480.00 | 0.00 | 480.00 |
| 252 | TRUSTEES OF TUFTS COLLEGE, | MELLON GLOBAL SECURITIES | | 53,101.96 | 0.00 | 53,101.96 |
| 390 | UBS SECURITIES LLC, | | | 284.88 | 0.00 | 284.88 |
| 76 | UMANSKY, WILLIAM P | LOIS MARIE UMANSKY | | 2,806.34 | 0.00 | 2,806.34 |

IN RE A. T. CROSS SECURITIES LITIGATION
PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 384 | UNGERER, ROBERT C | AG EDWARDS & SONS CUST | | 927.02 | 0.00 | 927.02 |
| 426 | UNGERER, ROBERT C | | | 1,360.34 | 0.00 | 1,360.34 |
| 253 | UNIVERSITY OF MICHIGAN, | MELLON GLOBAL SECURITIES SERVI | | 6,744.00 | 0.00 | 6,744.00 |
| 254 | UNIVERSITY OF NOTRE DAME, | MELLON GLOBAL SECURITIES SVCS | | 4,431.60 | 0.00 | 4,431.60 |
| 144 | US MAL CAP SERIES, | PNC | | 2,332.25 | 0.00 | 2,332.25 |
| 469 | US MKT COMP EQ IND FD, | INVESTORS BANK & TRUST | | 235.37 | 0.00 | 235.37 |
| 303 | USAA, | WACHOVIA BANK NA TTEE | P07 | 347.06 | 0.00 | 347.06 |
| 304 | USAA, | WACHOIVA BANK NA TTEE | P07 | 780.00 | 0.00 | 780.00 |
| 502 | VA UNITED METHODIST PENSION, | WILMINGTON TRUST COMPANY | | 2,693.00 | 0.00 | 2,693.00 |
| 471 | VANGUARD SMALL CAP VALUE INDEX, | THE VANGUARD GROUP | | 8,275.90 | 0.00 | 8,275.90 |
| 472 | VANGUARD TAX-MANAGED SMALL CAP, | | | 8,141.43 | 0.00 | 8,141.43 |
| 319 | VIRGINIA MASON RETIREMENT PLN-, | BANK OF NEW YORK AS TTEE | | 103.00 | 0.00 | 103.00 |
| 37 | VOGEL, THOMAS M | DENISE M VOGEL | | 2,052.92 | 0.00 | 2,052.92 |
| 185 | VOGEL, THOMAS M | | | 4,310.50 | 0.00 | 4,310.50 |
| 261 | VOGELS, HUBERT F | | | 1,512.79 | 0.00 | 1,512.79 |
| 457 | W/S 1980 WHITEHEAD TR-BENSON 1, | THE NORTHERN TRUST COMPANY | | 206.00 | 0.00 | 206.00 |
| 208 | WCFS INC BENSON ASSOC, | US BANK | | 2,216.61 | 0.00 | 2,216.61 |
| 215 | WCR FAMILY LTD PTNSHP/BENSON, | | | 663.29 | 0.00 | 663.29 |
| 297 | WEBB, JOE B | | P07 | 1,664.00 | 0.00 | 1,664.00 |
| 17 | WEISS, EARL W | | | 515.03 | 0.00 | 515.03 |
| 135 | WELSH JR, JOSEPH F | | | 1,728.44 | 0.00 | 1,728.44 |
| 134 | WENNING, EDWARD | | P01 | 896.31 | 0.00 | 896.31 |
| 224 | WFMT SMALL CAP INDEX PORTFOLIO, | WELLS FARGO BANK NA TTEE | | 2,744.50 | 0.00 | 2,744.50 |
| 493 | WOLF, LLOYD B | | | 1,738.80 | 0.00 | 1,738.80 |
| 498 | WONG, EDWARD S | | | 944.44 | 0.00 | 944.44 |
| 124 | WOOD, BETTE G | | | 148.00 | 0.00 | 148.00 |
| 218 | WOOD BRENDA K REV TR SM CAP CL, | US BANK | | 1,032.00 | 0.00 | 1,032.00 |
| 522 | WORRALL, PRISCILLA A | C/O GRACE & WHITE INC | | 8,671.12 | 0.00 | 8,671.12 |
| 10005 | WRIGHT, JANE M | | | 123.00 | 0.00 | 123.00 |
| 91 | YOUNG, JAMES L | | | 3,292.50 | 0.00 | 3,292.50 |
| Total: | 393 | | | 2,118,861.27 | 0.00 | 2,118,861.27 |

## IN RE A. T. CROSS SECURITIES LITIGATION

## KEY FOR NON-PAYABLE CLAIMS

| CODE | | REASON |
|---|---|---|
| DB | > | Claimant filed a blank Proof of Claim form. |
| DD | > | Claimant did not provide a tax payer identification number. |
| DM | > | Claimant did not provide the date, number of shares, price per share and/or total price for one or more transactions. |
| E01 | > | Claimant did not purchase A. T. Cross common stock during the Class Period. |
| E03 | > | Claimant filed a duplicate Proof of Claim and Release. |
| E04 | > | Claimant did not have a Recognized Claim as a result of netting all gains against all losses. |
| E06 | > | Claimant did not have a Recognized Claim as a result of the purchase and subsequent sale of A. T. Cross common stock during the Class Period. |
| E07 | > | Clamant bought shares of A. T. Cross common stock below the retention value of $6.02 per share. |
| E10 | > | Claimant claimed shares that were received into their account and not purchased during the Class Period. |
| E11 | > | Claimant claimed shares that were delivered out of their account and are no longer eligible to be claimed by this claimant. |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 83 | ADAMS, RUSSELL K | NORMA P ADAMS | E07 | 0.00 | 0.00 | 0.00 |
| 84 | ADAMS, RUSSELL K | | E06 | 0.00 | 0.00 | 0.00 |
| 10008 | ADEN, GARY D | | E01 | 0.00 | 0.00 | 0.00 |
| 398 | AGT M G THOMSON, | BANK OF AMERICA AS FIDUCIARY | E06 | 0.00 | 0.00 | 0.00 |
| 447 | ALLIEDSIGNAL HIGH ROCK CAPITAL, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 445 | ANDERSON WWD-TCW-DV, | THE NORTHERN TRUST COMPANY | E04 | 0.00 | 0.00 | 0.00 |
| 191 | ASHFORD, JANET J | CHARLES W ASHFORD | E03 | 602.00 | 602.00 | 0.00 |
| 8 | AUSTIN, CARL L | | E07 | 0.00 | 0.00 | 0.00 |
| 312 | BACAP GROUP TRUST, | BANK OF NEW YORK AS TTEE | E11 | 0.00 | 0.00 | 0.00 |
| 179 | BAIN, JEFFREY | SHELDON J BAIN | E01 | 0.00 | 0.00 | 0.00 |
| 180 | BAIN, JEFFREY | MORIAH JO BAIN | E01 | 0.00 | 0.00 | 0.00 |
| 428 | BARBA, CHRISTINA | AG EDWARDS & SONS CUST | E01 | 0.00 | 0.00 | 0.00 |
| 149 | BARBEHENN JR, EDWARD R | | E07 | 0.00 | 0.00 | 0.00 |
| 133 | BARRON JR, JOHN R | | E01 | 0.00 | 0.00 | 0.00 |
| 393 | BATES, RONALD E | BANK OF AMERICA FIDUCIARY | E07 | 0.00 | 0.00 | 0.00 |
| 102 | BEAR STEARNS SECURITIES CORP., | C/OP NANCY SEVILLA 4TH FLR | E06 | 0.00 | 0.00 | 0.00 |
| 101 | BEAR WAGNER SPECIALISTS LLC, INT'L | | E06 | 0.00 | 0.00 | 0.00 |
| 54 | BIRSCHBACH, RONALD R | PAM MARIE BIRSCHBACH | E07 | 0.00 | 0.00 | 0.00 |
| 3 | BISHOP, CHARLES A | | E07 | 0.00 | 0.00 | 0.00 |
| 271 | BLACKBURN, BARBARA A | | E07 | 0.00 | 0.00 | 0.00 |
| 95 | BOGAN, MARY F | MARY DYER BOGAN | E01 | 0.00 | 0.00 | 0.00 |
| 415 | BOHNET, RICHARD H | | E01 | 0.00 | 0.00 | 0.00 |
| 118 | BUCO, ROBERT | | E01 | 0.00 | 0.00 | 0.00 |
| 30 | BURNS, ROBERT V | NANCY HELCH BURNS | E06 | 0.00 | 0.00 | 0.00 |
| 2 | BURTON, JAMES J | ELEANOR F BURTON | E01 | 0.00 | 0.00 | 0.00 |
| 79 | CABANAS, INA Z | | E06 | 0.00 | 0.00 | 0.00 |
| 93 | CABANAS, INA Z | SHELLEY Z GOODMAN/ALAN ZOLOTH | E06 | 0.00 | 0.00 | 0.00 |
| 75 | CABE II, CHARLES H | | DBDD | 0.00 | 0.00 | 0.00 |
| 301 | CACCIA, JOSEPH | JEANNETTE M CACCIA | E01 | 0.00 | 0.00 | 0.00 |
| 343 | CAFRITZ FDN-BENSON ASSOCIATES, | STATE STREET CORP | E06 | 0.00 | 0.00 | 0.00 |
| 58 | CASTELLANO, JOSEPH P | | E01 | 0.00 | 0.00 | 0.00 |
| 412 | CHANTIKIAN, HARRY | | E07 | 0.00 | 0.00 | 0.00 |
| 410 | CHANTIKIAN, HARUT H | | E07 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 263 | CHAVES, FELIX | | E01 | 0.00 | 0.00 | 0.00 |
| 28 | CLARY, BARBARA B | | E07 | 0.00 | 0.00 | 0.00 |
| 175 | CLARY, BARBARA B | | E07 | 0.00 | 0.00 | 0.00 |
| 47 | COBB, G K | | E06 | 0.00 | 0.00 | 0.00 |
| 567 | COMERICA SMALL CAP INDEX, | | E07 | 0.00 | 0.00 | 0.00 |
| 339 | COMM OF PENNSYLVANIA-PSERS, | STATE STREET CORP | E06 | 0.00 | 0.00 | 0.00 |
| 316 | COORS COLL TR S&P 600 SMALL CA, | BANK OF NEW YORK AS TTEE | E11 | 0.00 | 0.00 | 0.00 |
| 275 | CORBIN, DAVID F | | E01 | 0.00 | 0.00 | 0.00 |
| 385 | COSTELLO, GRACE L | JOHN F COSTELLO | E01 | 0.00 | 0.00 | 0.00 |
| 513 | CRABTREE ENTERPRISES, | C/O GRACE & WHITE INC | E07 | 0.00 | 0.00 | 0.00 |
| 439 | CURIALE, RICHARD A | AG EDWARDS & SONS CUST | E01 | 0.00 | 0.00 | 0.00 |
| 59 | DALPE, MICHAEL C | | E01 | 0.00 | 0.00 | 0.00 |
| 158 | DEAN, MARGARET P | | E01 | 0.00 | 0.00 | 0.00 |
| 568 | DETROIT ED VEBA, | | E07 | 0.00 | 0.00 | 0.00 |
| 122 | DOTTOR, CORADO | | E07 | 0.00 | 0.00 | 0.00 |
| 65 | ELLIS, MARK J | DIANE LYNN ELLIS | E06 | 0.00 | 0.00 | 0.00 |
| 361 | EMPLOYEES RET SYS OF RI, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 539 | ERSKINE, HOWARD | | E01 | 0.00 | 0.00 | 0.00 |
| 321 | FALVIN, JOHN P | C/O FLAVIN, BLAKE & CO LP | E07 | 0.00 | 0.00 | 0.00 |
| 533 | FENNER, NANCY | PETER FENNER LIVING TRUST | E07 | 0.00 | 0.00 | 0.00 |
| 409 | FINKEL, DAVID B | | E07 | 0.00 | 0.00 | 0.00 |
| 538 | FOGARTY, CATHERINE | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 575 | FR FIDUCIARY/CONS FD/URDANG, | WACHOVIA BANK | E01 | 0.00 | 0.00 | 0.00 |
| 449 | FRANKLIN, LUCENT | THE NORTHERN TRUST COMPANY | E10 | 0.00 | 0.00 | 0.00 |
| 186 | FRYER, GARY D | SANDRA K FRYER | E07 | 0.00 | 0.00 | 0.00 |
| 90 | GELLMAN GROWTH PARTNERS LP, | | E04 | 0.00 | 0.00 | 0.00 |
| 73 | GIBNEY, PAUL J | | E07 | 0.00 | 0.00 | 0.00 |
| 125 | GILLICK, STUART R | | E01 | 0.00 | 0.00 | 0.00 |
| 344 | GMIMCO TRUST, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 346 | GMIMCO TRUST, | STATE STREET CORP | E06 | 0.00 | 0.00 | 0.00 |
| 347 | GMIMCO TRUST, | STATE STREET CORP | E06 | 0.00 | 0.00 | 0.00 |
| 190 | GOFF, JOANNE M | | E07 | 0.00 | 0.00 | 0.00 |
| 10001 | GOLDMAN SACHS EXECUTION & CLEA, | | E06 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 536 | GRACE, CAROLINE | DEBORAH GRACE CUSTODIAN | E01 | 0.00 | 0.00 | 0.00 |
| 535 | GRACE, CHRISTINE | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 534 | GRACE, KEVIN | DEBORAH GRACE CUSTODIAIN | E01 | 0.00 | 0.00 | 0.00 |
| 510 | GRACE, LORI & WENDY | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 503 | GRACE, MORGAN H | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 537 | GRACE, NATALIE W | NATALIE G BRINCKERHOFF | E01 | 0.00 | 0.00 | 0.00 |
| 545 | GRACE, PETER | DEBORAH GRACE CUSTODIAN | E01 | 0.00 | 0.00 | 0.00 |
| 505 | GRACE, ROBERT M | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 508 | GRACE & WHITE, | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 62 | GRUENBERG JR, LEONARD S | JON MICHAEL GRUENBERG | E07 | 0.00 | 0.00 | 0.00 |
| 63 | GRUENBERG JR, LEONARD S | WENDY ELLEN GRUENBERG | E07 | 0.00 | 0.00 | 0.00 |
| 479 | GUTMAN, ARNOLD A | ALLIANCE BERNSTEIN | E10 | 0.00 | 0.00 | 0.00 |
| 120 | H.C. WARNER,INC. PS, | | E01 | 0.00 | 0.00 | 0.00 |
| 351 | HALLMARK CARDS INC, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 229 | HARBISON FISCHER RET, | WELLS FARGO BANK NA TTE | E11 | 0.00 | 0.00 | 0.00 |
| 77 | HASKETT, GRAYDON W | ALICE J HASKETT | E07 | 0.00 | 0.00 | 0.00 |
| 512 | HENNING, MARJORIE | | E07 | 0.00 | 0.00 | 0.00 |
| 45 | HENNING, MARJORIE M | THEODORE W HENNING TTEE | E07 | 0.00 | 0.00 | 0.00 |
| 404 | HERLING TIC, MICHAEL J | BANK OF AMERICA AS FIDUCIARY | E07 | 0.00 | 0.00 | 0.00 |
| 543 | HINTON, ODETTE | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 542 | HOFFMAN, RAYMOND | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 328 | HORN, BRITTANY L | | E01 | 0.00 | 0.00 | 0.00 |
| 202 | HOWARD JR, ROBERT E | | E01 | 0.00 | 0.00 | 0.00 |
| 353 | HRC SMALL CAP FUND, | STATE STREET CORP | E04 | 0.00 | 0.00 | 0.00 |
| 19 | HUBERDAULT, CYNTHIA J | | DB | 0.00 | 0.00 | 0.00 |
| 541 | HUSSEY, NANCY E | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 454 | IBEW LOCAL UNION NO 150 PENISO, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 167 | IRISH PENSIONS TRUST LTD, | | E07 | 0.00 | 0.00 | 0.00 |
| 282 | ISBELL, JACK R | | E03 | 1,204.00 | 1,204.00 | 0.00 |
| 141 | ISO INVESTMENT HOLDINGS, | PNC | E07 | 0.00 | 0.00 | 0.00 |
| 417 | JACOBI, MICHAEL A | | E01 | 0.00 | 0.00 | 0.00 |
| 13 | JACOBOWITZ, SHRAGA F | EFRAIM ZALMEN F JACOBOWITZ | E01 | 0.00 | 0.00 | 0.00 |
| 222 | JOHN J FRUCELLA BYPASS#2, | WELLS FARGO BANK NA TTEE | E01 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 199 | JONAS, INGRID | | E03 | 1,655.50 | 1,655.50 | 0.00 |
| 178 | JONAS GIVE AWAY TRUST, | INGRID W JONAS TTEE | E03 | 1,655.50 | 1,655.50 | 0.00 |
| 440 | KAPLAN, PHILIP | ARLYNE KAPLAN | E06 | 0.00 | 0.00 | 0.00 |
| 540 | KASSO, MARJORIE | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 507 | KELLY, ALISON S | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 551 | KELLY, ANNE C | RATUS KELLY TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 81 | KEMPTON, DAVE E | | DM | 0.00 | 0.00 | 0.00 |
| 520 | KERN, DIANE D | C/O GRACE & WHITE INC | E07 | 0.00 | 0.00 | 0.00 |
| 414 | KOSNAC, ROBERT | | E01 | 0.00 | 0.00 | 0.00 |
| 183 | KUZMA, JOANNE E | ANDREW E KUZMA JR | E07 | 0.00 | 0.00 | 0.00 |
| 51 | LEARMONT, ROBERT P | | E01 | 0.00 | 0.00 | 0.00 |
| 117 | LECHASE, RAYMOND P | | E01 | 0.00 | 0.00 | 0.00 |
| 116 | LECHASE-BOVENZI, CHRISTINE M | | E01 | 0.00 | 0.00 | 0.00 |
| 29 | LEDOUX, DWIGHT | | E01 | 0.00 | 0.00 | 0.00 |
| 187 | LETH, THOMAS A | | E01 | 0.00 | 0.00 | 0.00 |
| 548 | LITTLEJOHN, MERCEDES | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 285 | LOCATELLI, MARY P | | E07 | 0.00 | 0.00 | 0.00 |
| 287 | LOCATELLI, MARY P | | E07 | 0.00 | 0.00 | 0.00 |
| 532 | LORRAINE APPOINTED, | US BANK | E03 | 177,112.55 | 177,112.55 | 0.00 |
| 446 | LTIT-FRANKLIN R2000, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 448 | LTIT-LU-FRANKLIN 2000, | THE NORTHERN TRUST COMPANY | E10 | 0.00 | 0.00 | 0.00 |
| 547 | LUNT, ANTHON | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 518 | LUNT, SUZANNE C | ANTHON LUNT & PAMELA STREETER | E07 | 0.00 | 0.00 | 0.00 |
| 546 | LYNCH, FRANCES | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 527 | MACLEAR, FRANK | SUZANNE MACLEAR EXECUTRIX | E01 | 0.00 | 0.00 | 0.00 |
| 557 | MACLER, LYDIA | SUZANNE MACLEAR TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 121 | MANCHESTER, JOHN R | | E07 | 0.00 | 0.00 | 0.00 |
| 555 | MANDEVILLE, KATHLEEN | | E01 | 0.00 | 0.00 | 0.00 |
| 169 | MANNING JR, WILLIAM H | ANN M MANNING | E01 | 0.00 | 0.00 | 0.00 |
| 517 | MATZ, JANE | JANE MATZ TTEE | E07 | 0.00 | 0.00 | 0.00 |
| 509 | MAUD GRAYSON & SPENCE GRAYSON, | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 381 | MAZZA, ANGELO | AG EDWARDS & SONS CUST | E01 | 0.00 | 0.00 | 0.00 |
| 153 | MCCABE, DONNA O | | E07 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 152 | MCCABE, TIMOTHY L | | E07 | 0.00 | 0.00 | 0.00 |
| 553 | MICHAELSON, FRANCES M | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 552 | MILLER, ALLEN | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 349 | MINNESOTA STATE BOARD OF INVMT, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 526 | MISHLER, KEN | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 372 | MOEHRING, SUSAN M | | E01 | 0.00 | 0.00 | 0.00 |
| 563 | MORGAN H GRACE GS, | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 564 | MORGAN H GRACE MD TRUST, | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 565 | MORGAN H GRACE NMD, | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 12 | MOSSOP, TERRY U | C/O BARRETT & CO | E07 | 0.00 | 0.00 | 0.00 |
| 11 | MOSSOP JR, W L | | E06E07 | 0.00 | 0.00 | 0.00 |
| 332 | NATIONS SMALL COMPANY PORTFOLI, | | E06 | 0.00 | 0.00 | 0.00 |
| 459 | NTGI COLLECTIVE MONTHLY, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 464 | NUCLEAR ELECTRIC INSURANCE LTD, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 483 | PALLA, MANRICO F | | E01 | 0.00 | 0.00 | 0.00 |
| 516 | PARAGRAPH, KARL R | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 423 | PATENAUDE, CATHERINE M | | E01E07 | 0.00 | 0.00 | 0.00 |
| 403 | PENSION FD PLUMBERS LCL 200, | BANK OF AMERICA AS FIDUCIARY | E03 | 18,060.00 | 18,060.00 | 0.00 |
| 549 | PIERRE LINTAULT PROFIT SHAR PL, | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 162 | PIERSON, GEARLDEAN I | | E01 | 0.00 | 0.00 | 0.00 |
| 291 | PIERSON II, DONALD R | | E07 | 0.00 | 0.00 | 0.00 |
| 524 | PIZZARELLO, JOSEPH | JOSEPH PIZZARELLO | E01 | 0.00 | 0.00 | 0.00 |
| 478 | PORTU JR, OCTAVIO | ALLIANCE BERNSTEIN | E10 | 0.00 | 0.00 | 0.00 |
| 572 | POTASH, SANDRA S | | E01 | 0.00 | 0.00 | 0.00 |
| 337 | QWEST PCRA, | STATE STREET CORP | E06E07 | 0.00 | 0.00 | 0.00 |
| 57 | RACINE, RAYMOND | JANET RACINE | E06 | 0.00 | 0.00 | 0.00 |
| 21 | RASMUSSEN, WALTER J | | E06 | 0.00 | 0.00 | 0.00 |
| 525 | REEFNICK, | C/O GRACE & WHITE INC | E07 | 0.00 | 0.00 | 0.00 |
| 33 | REININGER, HENRY | DLJSC CUST | E07 | 0.00 | 0.00 | 0.00 |
| 127 | ROLFE, MARGARET E | | E01 | 0.00 | 0.00 | 0.00 |
| 561 | ROSENWALD JR, JAMES B | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 562 | ROSENWAUD III, JAMES B | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 115 | RUGGIERI, JOHN G | | E01 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION

NON-PAYABLE CLAIMS

AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 515 | RUPP, CYNTHIA F | GERALD I WHITE TTEE | E01 | 0.00 | 0.00 | 0.00 |
| 560 | RUPP, CYNTHIA F | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 443 | SALANGA, EMILIA | AG EDWARDS & SONS CUSTODIAN | E01 | 0.00 | 0.00 | 0.00 |
| 357 | SAN DIEGO GAS & ELEC NDT, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 356 | SAN DIEGO GAS & ELECTRONIC NTD, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 523 | SCHMIDT, WILLIAM | GI WHITE J PIZZARELLO TTEES | E01 | 0.00 | 0.00 | 0.00 |
| 150 | SCOTT, ROY J | | E01 | 0.00 | 0.00 | 0.00 |
| 514 | SELIGSOHN, SELMA | C/O GRACE & WHITE INC | E07 | 0.00 | 0.00 | 0.00 |
| 110 | SHITANISHI, TAKAHIRO | CAROLYN SHITANISHI | E01 | 0.00 | 0.00 | 0.00 |
| 10006 | SILVUS, SUSAN R | | E01 | 0.00 | 0.00 | 0.00 |
| 88 | SIT, YEU T | YEE MUI L SIT | E01 | 0.00 | 0.00 | 0.00 |
| 358 | SKILLMAN FOUNDATION, | STATE STREET CORP | E01 | 0.00 | 0.00 | 0.00 |
| 5 | SOUTHWORTH, ROBERT R | CONSTANCE T SOUTHWORTH | E01 | 0.00 | 0.00 | 0.00 |
| 473 | SPROTT, JOHN W | JUNE SPROTT | E03 | 903.00 | 903.00 | 0.00 |
| 389 | STELLMANN, SANDRA M | | DM | 0.00 | 0.00 | 0.00 |
| 96 | STEWARP; SEP, WENDELL O | | E01 | 0.00 | 0.00 | 0.00 |
| 18 | STRANGE, LUCRETIA F | RODNEY STRANGE | E01 | 0.00 | 0.00 | 0.00 |
| 264 | SWANBERG, SARA V | | E06 | 0.00 | 0.00 | 0.00 |
| 147 | TAX MANGAED US SML CAP PORT, | PNC | E07 | 0.00 | 0.00 | 0.00 |
| 566 | THE OLVIER R GRACE CHARITABLE, | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| 233 | TRADE STEET SMALL CAP, | MELLON GLOBAL SECURITIES SERVI | E11 | 0.00 | 0.00 | 0.00 |
| 453 | TREND CAPITAL MGMT GROUP TR, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 458 | TRSTX-SM CAP PASSIVE SL, | THE NORTHERN TRUST COMPANY | E01 | 0.00 | 0.00 | 0.00 |
| 580 | TURENTINE, VEDA L | UNION BANK OF CALIFORNIA | E01 | 0.00 | 0.00 | 0.00 |
| 367 | ULRICH, CHRISTINE E | | E07 | 0.00 | 0.00 | 0.00 |
| 368 | ULRICH, DONNA M | | E07 | 0.00 | 0.00 | 0.00 |
| 369 | ULRICH, PAUL D | | E07 | 0.00 | 0.00 | 0.00 |
| 370 | ULRICH, RYAN F | | E07 | 0.00 | 0.00 | 0.00 |
| 109 | VALLEY FIVE GRP,A PRTNSHP, | | E01 | 0.00 | 0.00 | 0.00 |
| 1 | VON ZIEGESAR, ELIZABETH J | | E07 | 0.00 | 0.00 | 0.00 |
| 392 | W/TRUST, | BANK OF AMERICA AS FIDUCIARY | E07 | 0.00 | 0.00 | 0.00 |
| 148 | WALTERS, JIM | | E01 | 0.00 | 0.00 | 0.00 |
| 559 | WEISS, MELISSA | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |

IN RE A. T. CROSS SECURITIES LITIGATION
NON-PAYABLE CLAIMS
AS OF JUNE 30, 2006

| CLAIM | NAME | ADDITIONAL NAME | CODES | CLAIMED | CLAIM DISALLOWED | RECOGNIZED |
|---|---|---|---|---|---|---|
| 258 | WHELAN, BRYAN G | ROBERTA M WHELAN | E01 | 0.00 | 0.00 | 0.00 |
| 205 | WHITE, JUDY L | | E01 | 0.00 | 0.00 | 0.00 |
| 558 | WINTER, PETER M | C/O GRACE & WHITE INC | E01 | 0.00 | 0.00 | 0.00 |
| Total: | 201 | | | 201,192.55 | 201,192.55 | 0.00 |

HEFFLER, RADETICH & SAITTA L.L.P.
CERTIFIED PUBLIC ACCOUNTANTS

303 BIRCHFIELD DRIVE
MOUNT LAUREL, NJ 08054-4005
856-727-3322
856-273-3738 - FAX

1515 MARKET STREET
SUITE 1700
PHILADELPHIA, PA 19102-1964
215-665-8870
215-665-0613 - FAX
www.heffler.com

920 GERMANTOWN PIKE
SUITE 102
PLYMOUTH MEETING, PA 19462
484-322-0981
484-322-0934 - FAX

July 12, 2006

Lawrence Deutsch, Esquire
**Berger & Montague, P.C**
1622 Locust Street
Philadelphia, PA 19103

Re: A.T. Cross Securities Litigation

For services rendered and expenses incurred from inception through July 12, 2006, as follows:

1. Conferences with Plaintiffs' Counsel;

2. Assisted in the preparation and arranged for the printing of the "Notice of Pendency of Class Action" dated June 26, 2003 (the "Notice");

3. Received a shareholder listing from Defendants containing the names and addresses representing the shareholders of A.T. Cross common stock during the Class Period;

4. Compiled the 1,474 names and address records into a database and sent the file electronically to a licensee of the U.S. Postal Service to request updated mailing addresses based on the USPS's Change of Address Database.

5. Received the file with new addresses, updated our database, printed a self-adhesive label for each of the 1,474 shareholders and affixed each label to a Notice (or to an envelope containing a Notice).

6. Prepared a Notice and cover letter for each of the 210 Nominees on the HR&S contact file;

7. Produced a self-adhesive label for each of the 126 institutions on our mailing file and affixed each label to a Notice;

8. Mailed the addressed Notices described in items 5, 6, and 7 above on June 26, 2003 via postage pre-paid, first-class mail;

9. Sorted the mail received in connection with the Class Notice as follows:

| | | Cumulative Total |
|---|---|---|
| a. | Requests for Exclusion – Timely | 0 |
| b. | Requests for Exclusion – Late | 0 |
| c. | Objections to the Settlement | 0 |
| d. | Correspondence from Brokerage Firms | 39 |
| e. | Change of Address Notifications | 0 |
| f. | General Correspondence | 0 |
| g. | Requests for Claim Forms – Individuals | 0 |
| h. | Undeliverable Notices | 0 |
| | TOTALS: | 39 |

10. Opened, numbered and filed all correspondence and claims received;

11. Modified and implemented a database management subsystem to record and track responses of nominees;

12. Opened, sorted and processed all nominees' responses;

13. Processed and recorded nominees' responses, and have mailed additional Notices via first-class mail as follows:

| | | Cumulative Total |
|---|---|---|
| a. | Individuals requested Notices | 0 |
| b. | Nominees supplied names | 3,131 |
| c. | Nominees requested Notices in bulk | 1,646 |
| | TOTALS: | 4,777 |

14. Prepared and submitted the Affidavit of Michael T. Bancroft, CPA Regarding Dissemination of Notice to the Class, dated September 15, 2004;

15. Opened, sorted and processed all nominees' responses;

16. Processed and recorded nominees' responses and mailed additional Notices via first-class mail to names and addresses supplied by nominees or in bulk to Nominee firms requesting forms to perform a mailing on there own;

17. Keyed 2,219 name and address records supplied on labels by brokers and added them to the mailing database;

18. Compiled the 2,370 name and address records supplied electronically by brokers and added them to the mailing database;

19. Prepared the mailing database containing the 1,474 names from the original Notice mailing and the 4,589 names and addresses, as referenced above, in preparation of mailing a new Notice to the Class;

20. Received, prepared and mailed the "Notice to all Class Members Who Bought A.T. Cross Stock Between September 17, 1997 And April 22, 1999" on October 1, 2004, to 6,063 potential Class Members in order to appoint a substitute class representative;

21. Assisted in the preparation and arranged for the printing of the "Notice of Pendency of Proposed Settlement, Motion for Attorneys' Fees and Settlement Approval Hearing", dated July 27, 2005 ("Notice and Claim");

22. Retrieved the mailing list used for the October 1, 2004 Notice mailing containing 6,063 and arranged for the mailing to these potential Class Members on July 27, 2005;

23. In addition, we mailed 1,728 Notice and Claim forms in bulk, as well as an individual Notice and Claim form to the 12 Nominee firms that previously requested Notices to perform their own mailing;

24. Mailed a Notice and Claim form to 35 nominees with a cover letter advising them that we mailed a Notice and Claim form to those they previously identified as potential class members;

25. Mailed a Notice and Claim form to 189 nominee firms that did not provide additional names to the previous Notices, as well as to 114 banks listed on our contact file;

26. Sorted the mail received relating to the Notice and Claim Form as follows:

| | | Cumulative Total |
|---|---|---|
| a. | Timely Filed Claims | 584 |
| b. | Late Filed Claims | 10 |
| c. | Requests for Exclusion – Late | 0 |
| d. | Objections to the Settlement | 0 |
| e. | Correspondence from Brokerage Firms | 26 |
| f. | Change of Address Notifications | 3 |
| g. | General Correspondence | 9 |
| h. | Requests for Claim Forms – Individuals | 4 |
| i. | Undeliverable Notices | 1,311 |
| j. | response to def/rej letters | 25 |
| | TOTALS: | 1,972 |

26. Received and processed Notices returned by the U.S. Postal Service (the "USPS") as undeliverable and re-mailed a Notice immediately to 208 Class Members that a new address was provided by the USPS;

27. Processed the remaining Notices returned as undeliverable and re-mailed a Notice to any new addresses obtained;

28. Processed and recorded nominees' responses in response to the Notice and Claim Form as follows:

| | | Cumulative Total |
|---|---|---|
| a. | Individuals requested Notices | 4 |
| b. | Nominees supplied names | 4,589 |
| c. | Nominees requested Notices in bulk | 1,728 |
| | TOTALS: | 6,321 |

29. Create a computer database to store the names, addresses, tax identification numbers and all claimed purchase and sale transactions for Proof of Claim forms filed.

30. Performed data entry procedures to update the computer database with the names, addresses, tax identification numbers and all claimed purchase and sale transactions for 594;

31. Created an excel worksheet to be used to calculate the Recognized Claims for all claims filed, in accordance with the Plan of Allocation;

32. Reviewed and calculated 594 Proof of Claim forms. Each claim was also earmarked for any applicable deficiency codings;

33. Performed clean runs of the database in preparation of mailing first deficiency/rejection letters;

34. Prepared a program to search the database for possible duplicate claims and determined whether each claim identified was a duplicate. Each duplicate claim was marked with a rejection code and both the duplicate claim and the original claim were cross referenced in the database;

35. Prepared, printed, folded, inserted into an envelope and mailed 243 first deficiency/rejection letters on February 24, 2006, advising claimants of their deficiency or rejection and allowing them twenty (20) days to cure the deficiency or to contest the rejection of their claim;

36. Answered telephone calls in response to the first deficiency/rejection letters;

37. Received and processed all correspondence received in response to the first deficiency/rejection letters;

38. Performed clean runs of the database in preparation of mailing second deficiency/rejection letters;

39. Prepared, printed, folded, inserted into an envelope and mailed 22 second deficiency/rejection letters on March 15, 2006, advising claimants of their deficiency or rejection and allowing them twenty (20) days to cure the deficiency or to contest the rejection of their claim;

40. Answered telephone calls in response to the first deficiency/rejection letters;

41. Received and processed all correspondence received in response to the second deficiency/rejection letters;

42. Reviewed all deficient Proof of Claim forms to determine the disallowed and allowed portion of their claims;

43. Review and analysis of the Settlement Fund and preparation and submission of applicable tax filings;

44. Prepared and submitted a report to Counsel outlining the results of our administration and the status of each claim received.

For services to be rendered and estimated costs to be incurred from July 13, 2006 through one distribution and post-distribution, as follows:

1. Conferences with Counsel;

2. Continued processing of mail received and updating the database file until distribution;

3. Review of the reconciliation of the Net Settlement Fund (including interest earned) to be allocated to approved claimants;

4. Set up a distribution checking account with a bank in Philadelphia to receive the distributive funds for eligible claimants, including an investment option for daily investment of the outstanding funds until the account is closed or reduced to a minimum balance, with any earnings accruing on or after the date of the claimants' distribution to Heffler, Radetich & Saitta L.L.P. to offset the bank charges relating to the distribution account, positive pay processing, account reconcilement, stop payments, reissues, monthly maintenance, etc. and other distribution and post-distribution assessed fees and costs;

5. Calculate claimants' distribution ratio;

6. Calculate each claimant's *pro-rata* shares of the Net Settlement Funds based on the distribution ratios;

7. Print and mail checks for claimants who are to receive a distribution from the Net Settlement Fund;

8. Prepare check register;

9. Upon request of Counsel, prepare a computer printout showing the amount of cash distributed to each approved claimant;

10. Answer all correspondence, telephone calls and process changes of addresses received relating to the distribution for a period of 12 months following distribution;

11. Prepare checking account reconciliations for a period of 12 months following distribution;

12. Prepare final accounting of the Net Settlement Fund for Counsel;

13. Attempt to locate current addresses of claimants whose checks are returned as undeliverable by reviewing claim forms filed, telephoning claimants, and/or by sending to a credit information company or a national change of address information company.

**INVOICE**

I. FEES:

A. Incurred this period:

| | | | | |
|---|---|---|---|---|
| Partners | 18.25 Hours @ | $200.00 | $3,650.00 | |
| Managers / Computer Programmers | 58.25 Hours @ | (100.00 -150.00) | 7,388.75 | |
| Accounting Supervisor | 7.75 Hours @ | 90.00 | 697.50 | |
| Senior Accountants | 63.00 Hours @ | (60.00 – 85.00) | 4,065.00 | |
| Associate Accountants | 81.50 Hours @ | (45.00 - 60.00) | 4,282.50 | |
| Clerical Supervisors | 67.00 Hours @ | 50.00 | 3,350.00 | |
| Clerical / Data Entry | 226.50 Hours @ | (20.00 - 45.00) | 9,644.43 | |
| | | | | $33,078.18 |

| | |
|---|---|
| B. Estimate of Fees to complete one distribution and post-distribution: | 1,500.00 |
| C. Taxes Services | 2,500.00 |
| TOTAL FEES | $37,078.18 |

II. COSTS:

A. Incurred this period:

| | | |
|---|---|---|
| Postage | $11,029.06 | |
| Photocopies/Printing | 1,035.85 | |
| Telephone | 44.12 | |
| Locator Service | 159.16 | |
| Supplies | 55.95 | $12,324.14 |

B. Estimate of Out-of-Pocket Costs to be incurred in one distribution and post-distribution:

| | | |
|---|---|---|
| Postage – Checks | $ 155.00 | |
| Cost of checks, envelopes, tax and shipping | 180.00 | |
| Cost of printouts and binders for Court Reports and Check Registers | 100.00 | |
| Miscellaneous post-distribution costs such as telephone expense, postage, off-site storage, copying, stationery, supplies, costs of locating updated addresses on undeliverable checks, etc. | 900.00 | 1,335.00 |

| | |
|---|---|
| TOTAL COSTS | 13,659.14 |
| TOTAL FEES AND COSTS: | $50,737.32 |
| BROKER RE-IMBURSEMENT | 3,034.12 |
| LESS AMOUNT PREVIOULSY PAID | (31,401.83) |
| TOTAL AMOUNT DUE: | $22,369.61 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THOMAS RATCLIFFE, MARK GILONI, JOHN HALEBIAN AND DAVID FIX, Individually an on Behalf of All Others Similarly Situated,** <br> **Plaintiffs,** <br> **v.** <br> **A.T. CROSS CO., et al.,** <br> **Defendants.** | **CIVIL ACTION** <br> **NO. 00 203 ML** |

**SUPPLEMENTAL AFFIDAVIT OF LAWRENCE DEUTSCH**
**FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES**
**INCURRED DURING SETTLEMENT ADMINISTRATION**

COMMONWEALTH OF PENNSYLVANIA : ss.
COUNTY OF PHILADELPHIA :

I, LAWRENCE DEUTSCH, being duly sworn, depose and say:

1. I am a partner in the law firm of Berger & Montague, P.C. My firm served as Plaintiffs' Lead Counsel in the present action. This Supplemental Affidavit is in support of Berger & Montague's request for an award of attorneys fees and reimbursement of expenses incurred from September 9, 2005 to the present. The fees and expenses reflected herein were incurred in connection with settlement issues and are not duplicative of any compensation of fees and expenses pursuant to the prior fee petition.

2. Since the inception of this litigation, Berger & Montague has maintained detailed

and contemporaneous time records of its professional activities and its disbursements. The time and disbursement records have been maintained on a computerized data processing system and were reviewed under my supervision.

3. The total number of hours spent by my firm in connection with settlement administration from September 9, 2005 to the present is 50.3 hours. The total lodestar amount for attorney and paralegal time based upon the firm's current rates is $11,399.00. The following chart includes the number of hours expended by each attorney and paralegal and the lodestar value of the time expended in connection with settlement administration during the relevant time period:

| **Professional/Status** | **Total Hours** | **Hourly Rate** | **Lodestar** |
|---|---|---|---|
| Gary E. Cantor(Partner) | 0.4 | $550 | $ 220.00 |
| Lawrence Deutsch (Partner) | 2.8 | $460 | 1,288.00 |
| Nina L. Fischer (Sr. Paralegal) | 24.8 | $210 | 5,208.00 |
| Mary Anne Rossi (Sr. Paralegal) | 22.3 | $210 | 4,683.00 |
| **TOTAL** | **50.3** | | **$11,399.00** |

4. Such time was expended advising and conferring with class members concerning the settlement, the notice, the filing of claims, drafting the distribution motion, and overseeing, advising and assisting the claims administrator with the entire settlement administration process.

5. This firm is also requesting compensation for expenses incurred since September 9, 2005. An analysis of the computerized disbursement records of Berger & Montague indicates my firm incurred $152.97 in out-of-pocket expenses, *i.e.,*long distance telephone/fax charges,

postage and delivery charges and reproduction costs, in connection with settlement administration.

6. Time spent in preparing this Supplemental Affidavit, and all other time in support of any application for fees and reimbursement of expenses, has not been included in this request.

7. The time expended has not involved any unnecessary or duplicative hours and the time and costs were necessary for proper settlement administration of this case.

LAWRENCE DEUTSCH

Sworn To And Subscribed

before me this 31 day

of July, 2006.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTA... ...L
SUSAN D. PROTAS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 31, 2008

407245_00.wpd--July 31, 2006

# A.T. Cross Settlement Fund
## Settlement Fund Analysis
## As of June 30, 2006

| | | |
|---|---|---|
| **Settlement** | | |
| 07/29/05 | $ 1,500,000.00 | |
| | | $ 1,500,000.00 |
| **Actual Income** | | |
| Merrill Lynch Dividends | $ 33,924.60 | |
| | | 33,924.60 |
| **Costs to the Settlement Fund** | | |
| Administrator Fees and Costs | $ 31,401.83 [1] | |
| Printing of Notices | 14,016.21 [1] | |
| Publication | 8,258.40 [1] | |
| Broker Notification | 5,436.43 [1] | |
| Bank Charges | 280.00 | |
| Class Counsel Fees & Costs | 671,236.90 | |
| | | (730,629.77) |
| **Net Settlement Fund as of June 30, 2006** | | 803,294.83 **A** |
| **Expenses to be Paid** | | |
| Counsel Fees and Costs | $ 11,551.97 | |
| Administrator Fees and Costs | 19,335.49 | |
| Broker Notification | 3,034.12 | |
| | | (33,921.58) |
| **Estimated Net Settlement Fund as of June 30, 2006** | | **$ 769,373.25** |
| **Bank Reconciliation as of June 30, 2006** | | |
| Merrill Lynch Checking | $ 1.23 | |
| Merrill Lynch Money Market | 803,293.60 | |
| **Total** | **$ 803,294.83 A** | |

**Notes:**

[1] Includes amounts advanced by class counsel and reimbursed to counsel in their approved fees & costs petition.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THOMAS RATCLIFFE, MARK GILONI, JOHN HALEBIAN AND DAVID FIX, Individually an on Behalf of All Others Similarly Situated,** **Plaintiffs,** v. **A.T. CROSS CO., et al.,** **Defendants.** | **CIVIL ACTION NO. 00 203 ML** |

**[Proposed] ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO VALID CLAIMANTS, ALLOWING LATE-FILED CLAIMS, DISALLOWING REJECTED CLAIMS, AND ALLOWING PAYMENT OF SETTLEMENT ADMINISTRATION COSTS**

**AND NOW**, this ____ day of ____________, 2006, upon consideration of (i) Plaintiffs' Motion for an Order Approving Distribution of Settlement Funds to Valid Claimants, Allowing Late-Filed Claims, Disallowing Rejected Claims, and Allowing Payment of Final Settlement Administration Costs (the "Distribution Motion"); and (ii) the Stipulation and Agreement of Settlement dated June 24, 2005 ("the Stipulation") approved by the Court in its Order and Final Judgment dated September 9, 2005, it is hereby ORDERED as follows:

1. The procedures used and actions taken by Heffler, Radetich & Saitta L.L.P. (the "Heffler firm"), the Claims Administrator, and Plaintiffs' Counsel for the administration of the Settlement are hereby adjudged to have been proper and complete, and the Court hereby approves the administrative determinations of the Heffler firm in accepting and rejecting claims filed in this matter.

2. The Court hereby approves the valid, documented claims listed in the Claimants Listing, attached as Exhibit B to the Distribution Motion. These claims include totally payable claims, as well as partially payable claims, of both timely filed and late-filed claims (the "Authorized Claimants").

3. The Court hereby affirms the Heffler firm's recommended rejection of the designated non-payable claims set forth in Exhibit B, as being either partially rejected or totally rejected.

4. The Court hereby approves payment in the amount of $22,369.61 to the Heffler firm for the remaining and future costs of claims administration, including costs to be incurred for distribution and post-distribution services. This payment is to be made from the Settlement Fund.

5. The Court hereby approves payment in the amount of $11,399.00 for attorneys' fees and $152.97 in expenses incurred during the settlement administration process by Berger & Montague, P.C., Plaintiffs' Lead Counsel. This payment is to be made from the Settlement Fund.

6. Plaintiffs' Counsel and the Heffler firm are directed to distribute the balance of the Settlement Fund to the Authorized Claimants delineated in the Claimants Listing, in accordance with the Plan of Allocation as approved by the Court in its September 9, 2005 Order. Each Authorized Claimant shall receive a proportionate share of the Settlement Fund calculated by the Heffler firm and based upon the Authorized Claimant's Recognized Loss compared to the Total Recognized Losses of all Authorized Claimants.

7. The Court directs that the checks for distribution to the Authorized Claimants shall bear the notation "Non-Negotiable After 180 Days," and that no check shall be negotiated in the Settlement Fund more than 200 days after the date of the check.

8. The Court also finds that 365 days after the initial distribution of the Net Settlement Fund to the Authorized Claimants, it will be appropriate for the Heffler firm to destroy all claim forms and related correspondence. The Heffler firm shall, however, retain all other administrative records, including a copy of the Claimants Listing and the computer database used to create the Claimants Listing, for a period of three (3) years after the initial distribution of the Net Settlement Fund to the Authorized Claimants.

9. The Heffler firm, Plaintiffs, Plaintiffs' Counsel and all other persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proof of Claim forms are released and discharged from any and all claims arising out of such involvement (the "Released Persons"), and all Class members, whether or not they are to receive payment from the Settlement Fund, are barred from making any further claims against the Settlement Fund or the Released Persons beyond the amount allocated to them by the Heffler Firm pursuant to this Order.

DATED: ______________, 2006
Providence, Rhode Island

So ORDERED:

______________________________
Honorable Mary M. Lisi
United States District Judge

407082_05.wpd--July 12, 2006