# HEFFLER, RADETICH & SAITTA L.L.P.
### CERTIFIED PUBLIC ACCOUNTANTS

| | | |
|---|---|---|
| 303 BIRCHFIELD DRIVE<br>MOUNT LAUREL, NJ 08054-4005<br>856-727-3322<br>856-273-3738 - FAX | 1515 MARKET STREET<br>SUITE 1700<br>PHILADELPHIA, PA 19102-1964<br>215-665-8870<br>215-665-0613 - FAX<br>www.heffler.com | 920 GERMANTOWN PIKE<br>SUITE 102<br>PLYMOUTH MEETING, PA 19462<br>484-322-0981<br>484-322-0934 - FAX |

July 12, 2006

Lawrence Deutsch, Esquire
**Berger & Montague, P.C**
1622 Locust Street
Philadelphia, PA 19103

Re: <u>A.T. Cross Securities Litigation</u>

For services rendered and expenses incurred from inception through July 12, 2006, as follows:

1. Conferences with Plaintiffs' Counsel;

2. Assisted in the preparation and arranged for the printing of the "Notice of Pendency of Class Action" dated June 26, 2003 (the "Notice");

3. Received a shareholder listing from Defendants containing the names and addresses representing the shareholders of A.T. Cross common stock during the Class Period;

4. Compiled the 1,474 names and address records into a database and sent the file electronically to a licensee of the U.S. Postal Service to request updated mailing addresses based on the USPS's Change of Address Database.

5. Received the file with new addresses, updated our database, printed a self-adhesive label for each of the 1,474 shareholders and affixed each label to a Notice (or to an envelope containing a Notice).

6. Prepared a Notice and cover letter for each of the 210 Nominees on the HR&S contact file;

7. Produced a self-adhesive label for each of the 126 institutions on our mailing file and affixed each label to a Notice;

8. Mailed the addressed Notices described in items 5, 6, and 7 above on June 26, 2003 via postage pre-paid, first-class mail;

9. Sorted the mail received in connection with the Class Notice as follows:

|    |                                          | Cumulative Total |
|----|------------------------------------------|------------------|
| a. | Requests for Exclusion – Timely          | 0                |
| b. | Requests for Exclusion – Late            | 0                |
| c. | Objections to the Settlement             | 0                |
| d. | Correspondence from Brokerage Firms      | 39               |
| e. | Change of Address Notifications          | 0                |
| f. | General Correspondence                   | 0                |
| g. | Requests for Claim Forms – Individuals   | 0                |
| h. | Undeliverable Notices                    | 0                |
|    | TOTALS:                                  | 39               |

10. Opened, numbered and filed all correspondence and claims received;

11. Modified and implemented a database management subsystem to record and track responses of nominees;

12. Opened, sorted and processed all nominees' responses;

13. Processed and recorded nominees' responses, and have mailed additional Notices via first-class mail as follows:

|    |                                    | Cumulative Total |
|----|------------------------------------|------------------|
| a. | Individuals requested Notices      | 0                |
| b. | Nominees supplied names            | 3,131            |
| c. | Nominees requested Notices in bulk | 1,646            |
|    | TOTALS:                            | 4,777            |

14. Prepared and submitted the Affidavit of Michael T. Bancroft, CPA Regarding Dissemination of Notice to the Class, dated September 15, 2004;

15. Opened, sorted and processed all nominees' responses;

16. Processed and recorded nominees' responses and mailed additional Notices via first-class mail to names and addresses supplied by nominees or in bulk to Nominee firms requesting forms to perform a mailing on there own;

17. Keyed 2,219 name and address records supplied on labels by brokers and added them to the mailing database;

18. Compiled the 2,370 name and address records supplied electronically by brokers and added them to the mailing database;

19. Prepared the mailing database containing the 1,474 names from the original Notice mailing and the 4,589 names and addresses, as referenced above, in preparation of mailing a new Notice to the Class;

20. Received, prepared and mailed the "Notice to all Class Members Who Bought A.T. Cross Stock Between September 17, 1997 And April 22, 1999" on October 1, 2004, to 6,063 potential Class Members in order to appoint a substitute class representative;

21. Assisted in the preparation and arranged for the printing of the "Notice of Pendency of Proposed Settlement, Motion for Attorneys' Fees and Settlement Approval Hearing", dated July 27, 2005 ("Notice and Claim");

22. Retrieved the mailing list used for the October 1, 2004 Notice mailing containing 6,063 and arranged for the mailing to these potential Class Members on July 27, 2005;

23. In addition, we mailed 1,728 Notice and Claim forms in bulk, as well as an individual Notice and Claim form to the 12 Nominee firms that previously requested Notices to perform their own mailing;

24. Mailed a Notice and Claim form to 35 nominees with a cover letter advising them that we mailed a Notice and Claim form to those they previously identified as potential class members;

25. Mailed a Notice and Claim form to 189 nominee firms that did not provide additional names to the previous Notices, as well as to 114 banks listed on our contact file;

26. Sorted the mail received relating to the Notice and Claim Form as follows:

|    |                                      | Cumulative Total |
|----|--------------------------------------|------------------|
| a. | Timely Filed Claims                  | 584              |
| b. | Late Filed Claims                    | 10               |
| c. | Requests for Exclusion – Late        | 0                |
| d. | Objections to the Settlement         | 0                |
| e. | Correspondence from Brokerage Firms  | 26               |
| f. | Change of Address Notifications      | 3                |
| g. | General Correspondence               | 9                |
| h. | Requests for Claim Forms – Individuals | 4              |
| i. | Undeliverable Notices                | 1,311            |
| j. | response to def/rej letters          | 25               |
|    | TOTALS:                              | 1,972            |

26. Received and processed Notices returned by the U.S. Postal Service (the "USPS") as undeliverable and re-mailed a Notice immediately to 208 Class Members that a new address was provided by the USPS;

27. Processed the remaining Notices returned as undeliverable and re-mailed a Notice to any new addresses obtained;

28. Processed and recorded nominees' responses in response to the Notice and Claim Form as follows:

|   |   | Cumulative Total |
|---|---|---|
| a. | Individuals requested Notices | 4 |
| b. | Nominees supplied names | 4,589 |
| c. | Nominees requested Notices in bulk | 1,728 |
|   | TOTALS: | 6,321 |

29. Create a computer database to store the names, addresses, tax identification numbers and all claimed purchase and sale transactions for Proof of Claim forms filed.

30. Performed data entry procedures to update the computer database with the names, addresses, tax identification numbers and all claimed purchase and sale transactions for 594;

31. Created an excel worksheet to be used to calculate the Recognized Claims for all claims filed, in accordance with the Plan of Allocation;

32. Reviewed and calculated 594 Proof of Claim forms. Each claim was also earmarked for any applicable deficiency codings;

33. Performed clean runs of the database in preparation of mailing first deficiency/rejection letters;

34. Prepared a program to search the database for possible duplicate claims and determined whether each claim identified was a duplicate. Each duplicate claim was marked with a rejection code and both the duplicate claim and the original claim were cross referenced in the database;

35. Prepared, printed, folded, inserted into an envelope and mailed 243 first deficiency/rejection letters on February 24, 2006, advising claimants of their deficiency or rejection and allowing them twenty (20) days to cure the deficiency or to contest the rejection of their claim;

36. Answered telephone calls in response to the first deficiency/rejection letters;

37. Received and processed all correspondence received in response to the first deficiency/rejection letters;

38. Performed clean runs of the database in preparation of mailing second deficiency/rejection letters;

39. Prepared, printed, folded, inserted into an envelope and mailed 22 second deficiency/rejection letters on March 15, 2006, advising claimants of their deficiency or rejection and allowing them twenty (20) days to cure the deficiency or to contest the rejection of their claim;

40. Answered telephone calls in response to the first deficiency/rejection letters;

41. Received and processed all correspondence received in response to the second deficiency/rejection letters;

42. Reviewed all deficient Proof of Claim forms to determine the disallowed and allowed portion of their claims;

43. Review and analysis of the Settlement Fund and preparation and submission of applicable tax filings;

44. Prepared and submitted a report to Counsel outlining the results of our administration and the status of each claim received.

For services to be rendered and estimated costs to be incurred from July 13, 2006 through one distribution and post-distribution, as follows:

1. Conferences with Counsel;

2. Continued processing of mail received and updating the database file until distribution;

3. Review of the reconciliation of the Net Settlement Fund (including interest earned) to be allocated to approved claimants;

4. Set up a distribution checking account with a bank in Philadelphia to receive the distributive funds for eligible claimants, including an investment option for daily investment of the outstanding funds until the account is closed or reduced to a minimum balance, with any earnings accruing on or after the date of the claimants' distribution to Heffler, Radetich & Saitta L.L.P. to offset the bank charges relating to the distribution account, positive pay processing, account reconcilement, stop payments, reissues, monthly maintenance, etc. and other distribution and post-distribution assessed fees and costs;

5. Calculate claimants' distribution ratio;

6. Calculate each claimant's *pro-rata* shares of the Net Settlement Funds based on the distribution ratios;

7. Print and mail checks for claimants who are to receive a distribution from the Net Settlement Fund;

8. Prepare check register;

9. Upon request of Counsel, prepare a computer printout showing the amount of cash distributed to each approved claimant;

10. Answer all correspondence, telephone calls and process changes of addresses received relating to the distribution for a period of 12 months following distribution;

11. Prepare checking account reconciliations for a period of 12 months following distribution;

12. Prepare final accounting of the Net Settlement Fund for Counsel;

13. Attempt to locate current addresses of claimants whose checks are returned as undeliverable by reviewing claim forms filed, telephoning claimants, and/or by sending to a credit information company or a national change of address information company.

# INVOICE

I. FEES:
   A. Incurred this period:

   | | | | |
   |---|---|---|---|
   | Partners | 18.25 Hours @ | $200.00 | $3,650.00 |
   | Managers / Computer Programmers | 58.25 Hours @ | (100.00 -150.00) | 7,388.75 |
   | Accounting Supervisor | 7.75 Hours @ | 90.00 | 697.50 |
   | Senior Accountants | 63.00 Hours @ | (60.00 – 85.00) | 4,065.00 |
   | Associate Accountants | 81.50 Hours @ | (45.00 - 60.00) | 4,282.50 |
   | Clerical Supervisors | 67.00 Hours @ | 50.00 | 3,350.00 |
   | Clerical / Data Entry | 226.50 Hours @ | (20.00 - 45.00) | 9,644.43 |

   $33,078.18

   B. Estimate of Fees to complete one
      distribution and post-distribution:   1,500.00

   C. Taxes Services   2,500.00

   TOTAL FEES   $37,078.18

II. COSTS:
   A. Incurred this period:

   | | | |
   |---|---|---|
   | Postage | $11,029.06 | |
   | Photocopies/Printing | 1,035.85 | |
   | Telephone | 44.12 | |
   | Locator Service | 159.16 | |
   | Supplies | 55.95 | $12,324.14 |

   B. Estimate of Out-of-Pocket Costs to be
      incurred in one distribution and post-distribution:

   | | | |
   |---|---|---|
   | Postage – Checks | $ 155.00 | |
   | Cost of checks, envelopes, tax and shipping | 180.00 | |
   | Cost of printouts and binders for Court Reports and Check Registers | 100.00 | |
   | Miscellaneous post-distribution costs such as telephone expense, postage, off-site storage, copying, stationery, supplies, costs of locating updated addresses on undeliverable checks, etc. | 900.00 | 1,335.00 |

   TOTAL COSTS   13,659.14

   TOTAL FEES AND COSTS:   $50,737.32

   BROKER RE-IMBURSEMENT   3,034.12

   LESS AMOUNT PREVIOULSY PAID   (31,401.83)

   TOTAL AMOUNT DUE:   $22,369.61